UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

1735 Jersey Ave LLC

*Plaintiff*

v.

LLUXE LIVING DESIGN, LL

*Defendant*

Civil Action No. _____

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that Luxe Living Design LLC, is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____

_____

_____

**OR**

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

There is complete diversity of citizenship between Defendant and Plaintiff in this matter as follows:
a.      Plaintiff is a New Jersey limited liability company with one member: Saadia Holdings LLC—a Delaware limited liability company. Saadia Holdings LLC has one member, Joseph Saadia, who is domiciled in New Jersey.
b.      Luxe Living Design LLC is a New York limited liability company whose sole member is Chaim Treitel who is domiciled in the State of New York.

2eda61dd-d0dc-4f90-b517-6563107c2727

Digitally signed by 2eda61dd-d0dc-4f90-b517-6563107c2727
Date: 2024.05.15 16:51:15 -04'00'

Signature of Attorney

1 University Plaza, Suite 119
Address

Hackensack, NJ 07601
City/State/Zip

05/15/2024
Date

Instructions:

1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on Other Documents.
4. Select Corporate Disclosure Statement.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable insert the name of the Corporate Parent or leave it blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the NEXT button.