AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| | | |
|---|---|---|
| 1735 Jersey Ave LLC  )  | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 03:24-cv-6175 |
| Luxe Living Design, LLC ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff 1735 Jersey Ave LLC

Date:     05/16/2024

*Attorney's signature*

Jonathan A. Ozarow, Esq.
*Printed name and bar number*

Clark Guldin Attorneys at Law
20 Church Street, Suite 15
Montclair, NJ 07042

*Address*

jozarow@clarkguldin.com
*E-mail address*

(973) 604-3200
*Telephone number*

(973) 604-3201
*FAX number*