# EXHIBIT A



































