# EXHIBIT B















































































































