# EXHIBIT A

Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com
Attorney for Defendant

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------- x

**1735 JERSEY AVE LLC**

                      Plaintiff,

- against -

**LUXE LIVING DESIGN, LLC**

                      Defendant.

Docket No.

**NOTICE OF REMOVAL**

------------------------------------------------------------- x

Defendants, Luxe Living Design, LLC ("Defendant"), residents of New Jersey, by and through its attorneys, The Law Office of Avram E. Frisch LLC says:

1. Plaintiff, 1735 Jersey Ave LLC ("Plaintiff") commenced this action on May 10, 2024, by filing a complaint, entitled <u>1735 Jersey Ave LLC v. Luxe Living Design, LLC</u> in the Superior Court of New Jersey, Law Division, Special Civil Part, Landlord Tenant Division, Middlesex County, Docket No. MID-LT-003580-24.

2. The Summons and Complaint have not yet been served.

3. Copies of the Summons and Complaint, which constitute all of the processes and pleadings to date, are annexed hereto as **Exhibit A**.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), and this action rnay be removed by Luxe Living Design, LLC pursuant to the provisions of 28 U.S.C. § 1441(a) because it is a civil action wherein: (1) complete diversity of citizenship exists among the parties; and (2) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. There is complete diversity of citizenship between Defendant and Plaintiff in this matter as follows:

    a. Plaintiff is a New Jersey limited liability company with one member: Saadia Holdings LLC—a Delaware limited liability company. Saadia Holdings LLC has one member, Joseph Saadia, who is domiciled in New Jersey.

    b. Luxe Living Design LLC is a New York limited liability company whose sole member is Chaim Treitel who is domiciled in the State of New York.

6. The amount in controversy of Plaintiff's claim, as specified in Plaintiff's complaint is $ 881,558.38 and as such the jurisdictional minimum of $75,000 is satisfied.

7. Therefore, this Court has diversity jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332, which may properly be removed to the Court pursuant to 28 U.S.C. § 1441 et seq.

8. This notice of removal is filed within the time provided by 28 U.S.C. § 1446(b).

9. Upon filing of this Notice of Removal, Defendant shall give written notice thereof to Jonathan Ozarow, Clark Guldin Attorneys at law, counsel for Plaintiff and to The Superior Court of New Jersey, Law Division, Middlesex County.

10. By filing this notice, Defendant does not waive any defenses or claims which may be available to it.

|  |  |
|---|---|
|  | THE LAW OFFICE OF AVRAM E. FRISCH LLC<br>*Attorney for plaintiff* |
| Dated: May 15, 2024 | By: _s/ Avram E. Frisch_____<br>Avram E. Frisch, Esq.<br>1 University Plaza, Suite 119<br>Hackensack, NJ 07601<br>201-289-5352 |

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2

The undersigned hereby certifies, pursuant to Local Civil Rule 11.2, that with respect to the matter in controversy herein, neither Plaintiff nor Plaintiff's attorney is aware of any other action pending in any court, or any pending arbitration or administrative proceeding, to which this matter is subject, except for an action by Plaintiff in this district under Case No. 3:24-cv-06168 seeking relief for a breach of contract claim on the lease at issue in this action.

                                                                  Respectfully submitted,

                                        THE LAW OFFICE OF AVRAM E. FRISCH LLC
                                        *Attorney for plaintiff*

                                        By: _s/ Avram E. Frisch_____

Dated: May 15, 2024                Avram E. Frisch, Esq.
                                        1 University Plaza, Suite 119
                                        Hackensack, NJ 07601
                                        201-289-5352

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this date I caused a copy of the foregoing Notice of Removal Certification Pursuant to Local Civil Rule 11.2, and Civil Cover Sheet to be served upon counsel for Plaintiff via FedEx Overnight Delivery to Jonathan Ozarow, Clark Guldin Attorneys at law, counsel for Plaintiff at 20 Church Street – Suite 15 Montclair, New Jersey 07042 and to The Superior Court of New Jersey, Law Division, Middlesex County via electronic filing on the NJ Ecourts system.

                                            THE LAW OFFICE OF AVRAM E. FRISCH LLC
                                            *Attorney for plaintiff*

                                            By: _s/ Avram E. Frisch_____
Dated: May 15, 2024                      Avram E. Frisch, Esq.
                                                  1 University Plaza, Suite 119
                                                  Hackensack, NJ 07601
                                                  201-289-5352