# EXHIBIT B

Case 3:24-cv-06175-MAS-TJB   Document 5-7   Filed 05/24/24   Page 2 of 5 PageID: 196
MID-LT-003580-24   05/10/2024   Pg 1 of 1   Trans ID: SCP20241706589
Case 3:24-cv-06175   Document 1   Filed 05/15/24   Page 8 of 82 PageID: 8

## Tenancy Summons and Return of Service (R. 6:2-1)



**NOTICE:** This is a public document, which means the document as submitted will be available to the public upon request. Therefore, do not enter personal identifiers on it, such as Social Security number, driver's license number, vehicle plate number, insurance policy number, active financial account number, active credit card number or military status.

**Plaintiff or Filing Attorney Information:**
Name: JONATHAN ADAM OZAROW
NJ Attorney ID Number: 030202008
Address: 20 CHURCH ST
SUITE 15
MONTCLAIR, NJ 07042-0000
Telephone: 973-707-5346

**Superior Court of New Jersey**
**Law Division, Special Civil Part**
**MIDDLESEX County**
**MIDDLESEX County Courthouse**
**56 PATERSON STREET, 3RD FLOOR P.O. BOX 1146**
**NEW BRUNSWICK, NJ 08903-1146**

1735 Jersey Ave LLC

Plaintiff(s)

**versus**

Luxe Living Design, LLC

Defendant (s)

**Docket Number: MID-LT-003580-24**
(to be provided by the court)

**Civil Action**
**SUMMONS**
**LANDLORD/TENANT**

**Defendant Information:**
Name: Luxe Living Design, LLC
Address: 1735 Jersey Ave.

North Brunswick, NJ 08902-0000
Phone:

**NOTICE TO TENANT:** The purpose of the attached complaint is to permanently remove you and your belongings from the premises. You will be notified when a court proceeding is scheduled. Please contact the Office of the Special Civil Part at 732-645-4300 ext.88381 regarding your case. Please go to njcourts.gov for general information on landlord/tenant actions.

If you cannot afford to pay for a lawyer, contact Legal Services at 732-249-7600 to see if you qualify for free legal advice. If you can afford to pay a lawyer but do not know one, you may call the Lawyer Referral Services of your local county Bar Association at 732-828-0053

You might be eligible for housing assistance. To determine your eligibility, you must immediately contact the welfare agency in your county at 181 HOW LANE, P.O. BOX 509, NEW BRUNSWICK, NJ, 08903-0000, telephone number 732-745-3500.
If you need an interpreter or an accommodation for a disability, you must notify the court immediately.

**NOTIFICACIÓN AL (A LA) INQUILINO(A)** El objetivo de la denuncia adjunta es desalojarle a usted y sacar sus pertenencias permanentemente del sitio alquilado.  Se le notificará la fecha cuando se haya programado el procedimiento judicial.  Sírvase comunicarse sobre su caso con la Oficina de la Parte Civil Especial llamando al 732-645-4300 ext.88381.  Para obtener información general sobre las acciones de propietarios/inquilinos, vaya a njcourts.gov.

Si no puede pagar los servicios de un abogado, póngase en contacto con la oficina de Servicios Legales llamando al 732-249-7600 para averiguar si reúne las condiciones para recibir asesoramiento legal gratis.  Si puede pagarle a un abogado, pero no conoce a ninguno, llame al Servicio de Referencia de Abogados del Colegio de Abogados local de su condado llamando al 732-828-0053.

Es posible que reúna los requisitos para recibir ayuda con la vivienda. Para que se haga esa determinación, tiene que ponerse en contacto inmediatamente con la agencia de bienestar social de su condado en 181 HOW LANE, P.O. BOX 509, NEW BRUNSWICK, NJ, 08903-0000, número de teléfono 732-745-3500.  Si necesita un intérprete o un arreglo especial por una discapacidad, tiene que notificárselo al tribunal de inmediato. acomodación para un impedimento físico, tiene que notificárselo inmediatamente al tribunal.

**Date: 05/02/2024**

/s/ Michelle M. Smith
CLERK OF THE SUPERIOR COURT

page 1 of 2
página 1 de 2

Case 3:24-cv-06175-MAS-TJB   Document 5-7   Filed 05/24/24   Page 3 of 5 PageID: 197
MID-LT-003580-24   05/10/2024   Pg 1 of 3   Trans ID: SCP20241706589
Case 3:24-cv-06175   Document 1   Filed 05/15/24   Page 9 of 82 PageID: 9

# Appendix XI-X Verified Complaint - Nonpayment of Rent

**NOTICE:** This is a public document, which means the document as submitted will be available to the public upon request. Therefore, do not enter personal identifiers on it, such as Social Security number, driver's license number, vehicle plate number, insurance policy number, active financial account number, active credit card number or military status.

**Plaintiff or Filing Attorney Information:**

Name ___Jonathan A. Ozarow, Esq.___

NJ Attorney ID Number ___030202008___

Address ___Clark Guldin Attorneys at Law, 20 Church Street, Suite 15 Montclair, NJ 07042___

Email ___jozarow@clarkguldin.com___

Telephone Number ___9736043200___

___1735 Jersey Ave LLC___,
Name of Plaintiff(s)/Landlord(s),
v.

___Luxe Living Design, LLC___,
Name of Defendant(s)/Tenant(s).

Superior Court of New Jersey
Law Division, Special Civil Part
___Middlesex___ County
Docket Number: LT ___

Civil Action

**Verified Complaint
Landlord/Tenant**

☐ Non-payment of Rent
☐ Other (Required Notices Attached)
☒ Commercial
☐ Residential

Address of Rental Premises: ___1735 Jersey Avenue, North Brunswick, New Jersey___.

Tenant's Phone Number: ___(718) 629-6909___.   Tenant's Email: ___hayim@luxeeventrentals.com___.

1. The owner of record is (name of owner) ___1735 Jersey Avenue___.

2. Plaintiff is the owner or (check one) ☐ agent, ☐ assignee, ☐ grantee or ☐ prime tenant of the owner.

3. The landlord ☐ did   ☒ did not acquire ownership of the property from the tenant(s).

4. The landlord ☐ has   ☒ has not given the tenant(s) an option to purchase the property.

5. The tenant(s) now reside(s) in and has (have) been in possession of these premises since (date) ___12/15/2023___, under (check one) ☒ written or ☐ oral agreement

6. ☐ Check here if the tenancy is subsidized pursuant to either a federal or state program or the rental unit is public housing.

7. The landlord has registered the leasehold and notified tenant as required by *N.J.S.A.* 46:8-27.

8. The amount that must be paid by the tenant(s) for these premises is $ ___2,039.39___, payable on the ___1st___ day of each ☒ month or ☐ week in advance.

**Complete Paragraphs 9A and 9B if Complaint is for Non-Payment of Rent**

Revised 07/14/2020, CN 11252 (Appendix XI-X)                                                         page 1

Case 3:24-cv-06175-MAS-TJB   Document 5-7   Filed 05/24/24   Page 4 of 5 PageID: 198
MID-LT-003580-24   05/10/2024   Pg 2 of 3   Trans ID: SCP20241706589
Case 3:24-cv-06175   Document 1   Filed 05/15/24   Page 10 of 82 PageID: 10

9A. There is due, unpaid and owing from tenant(s) to plaintiff/landlord rent as follows:

| Amount | Type | Period | |
|---|---|---|---|
| $ 10.00 | base rent for | December 2023 | (specify the week or month) |
| $ 101,969.79 | base rent for | March 2024 | (specify the week or month) |
| $ 407,879.16 | base rent for | April 2024-May 2024 | (specify the week or month) |
| $ 4,714.10 | late charge* for | December 2023-January 2024 | (specify the week or month) |
| $ 16,798.83 | late charge* for | February 2024-March 2024 | (specify the week or month) |
| $ 188,248.80 | late charge* for | April 2024 | (specify the week or month) |
| $ 3,000.00 | attorney fees* | | |
| $ 158,937.70 | other* (specify) | Mgmt fee; insurance; real estate; opex ($31,787.54 mont | |

$ 881,558.38 TOTAL

* The late charges, attorney fees and other charges are permitted to be charged as rent for purposes of this action by federal, state and local law (including rent control and rent leveling) and by the lease.

9B. **The date that the next rent is due is** (date) **06/01/2024**.

**If this case is scheduled for trial before that date, the total amount you must pay to have this complaint dismissed is** (Total from line 9A) **$ 881,558.38**.

**If this case is scheduled for trial on or after that date, the total amount you must pay to have this complaint dismissed is  $ 1,117,285.50**.
(Total from line 9A plus the amount of the next rent due)

**These amounts do not include late fees or attorney fees for Section 8 and public housing tenants. Payment may be made to the landlord or the clerk of the court at any time before the trial date, but on the trial date payment must be made by 4:30 p.m. to get the case dismissed.**

Check Paragraphs 10 and 11 if the Complaint is for other than, or in addition to, Non-Payment of Rent.
Attach All Notices to Cease and Notices to Quit/Demands For Possession.

10. ☐ Landlord seeks a judgment for possession for the additional or alternative reason(s) stated in the notices attached to this complaint. **State Reasons:** (Attach additional sheets if necessary.)

_____
_____
_____
_____

11. ☒ The tenant(s) has (have) not surrendered possession of the premises and tenant(s) hold(s) over and continue(s) in possession without the consent of landlord.

**WHEREFORE,** plaintiff/landlord demands judgment for possession against the tenant(s) listed above, together with costs

Dated: 05/01/2024      S/ _____
                       (Signature of Filing Attorney or Landlord Pro Se)

                       Jonathan A. Ozarow, Esq.
                       (Printed or Typed Name of Attorney or Landlord Pro Se)

Case 3:24-cv-06175-MAS-TJB   Document 5-7   Filed 05/24/24   Page 5 of 5 PageID: 199
MID-LT-003580-24   05/10/2024   Pg 3 of 3   Trans ID: SCP20241706589
Case 3:24-cv-06175   Document 1   Filed 05/15/24   Page 11 of 82 PageID: 11

# Landlord Verification

1. I certify that I am the ☐ landlord, ☐ general partner of the partnership, or ☒ authorized officer of a corporation or limited liability company that owns the premises in which tenant(s) reside(s).

2. I have read the verified complaint and the information contained in it is true and based on my personal knowledge.

3. The matter in controversy is not the subject of any other court action or arbitration proceeding now pending or contemplated and no other parties should be joined in this action except (list exceptions or indicate none):
   None_____.

4. I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

5. The foregoing statements made by me are true and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

At the trial plaintiff will require:

An interpreter                    ☐ Yes  ☒ No   Indicate language _____

An accommodation for a disability ☐ Yes  ☒ No   Required accommodation _____

Dated: 05/01/2024        _____[signature]_____
                         (Signature of Landlord, Partner or Officer)
                         Joseph Saadia
                         (Printed Name of Landlord, Partner or Officer)