# EXHIBIT C

## Jonathan Ozarow

| | |
|---|---|
| **From:** | Avram Frisch <frischa@avifrischlaw.com> |
| **Sent:** | Wednesday, May 15, 2024 6:38 PM |
| **To:** | Jonathan Ozarow |
| **Cc:** | Aaron Twersky |
| **Subject:** | RE: Notice of Removal |

CAUTION:This email originated from outside of Clark Guldin. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Well, the parties are diverse and the amount in controversy is over 881,000 so your assertion is incorrect. There is ample case law permitting removal of eviction actions on diversity grounds. You may not like it, but you have to live with it. If you make a motion to remand, we will make a motion for sanctions. I don't play your games man.



THE LAW OFFICE OF
AVRAM E. FRISCH LLC

Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690


**From:** Jonathan Ozarow <jozarow@clarkguldin.com>
**Sent:** Wednesday, May 15, 2024 6:33 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Aaron Twersky <atwersky@twerskylaw.com>
**Subject:** RE: Notice of Removal

Avram,

While I am in receipt of the notice of removal, there is no basis for Luxe to remove the landlord/tenant action to DNJ. If you do not withdraw the notice of removal and my client is forced to make a motion to remand, we will also an award of costs and expenses incurred as a result of removal. Be guided accordingly.

Jonathan A. Ozarow
**Clark Guldin**
Attorneys at Law
20 Church Street, Suite 15
Montclair, NJ 07042
Main Number: (973) 707-5346
Direct Dial: (973) 604-3200
Direct Fax: (973) 604-3201
E-mail: jozarow@clarkguldin.com
www.clarkguldin.com

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Wednesday, May 15, 2024 5:17 PM
**To:** Jonathan Ozarow <jozarow@clarkguldin.com>
**Cc:** Aaron Twersky <atwersky@twerskylaw.com>
**Subject:** Notice of Removal

CAUTION: This email originated from outside of Clark Guldin. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jonathan,

I likely will be able to accept service. Please see attached the notice of removal I filed in regard to your eviction action. I will fedex a copy as well.



THE LAW OFFICE OF
AVRAM E. FRISCH LLC

Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

2