

May 24, 2024

Clerk
United States District Court
District of New Jersey
402 E State St
Trenton, NJ 08608

**<u>Via Electronic Filing</u>**

     Re:    1735 JERSEY AVE LLC v. LUXE LIVING DESIGN, LLC 3:24-cv-06175-MAS-TJB

To the Clerk :

This firm represents LUXE LIVING DESIGN, LLC.  This letter is to request an automatic adjournment of Plaintiff's pending motion to remand the matter, currently pending on June 20, 2024 to the next motion date of July 1, 2024.  This request is being made pursuant to Local Rule 7.1(d)(5).

                          Very truly yours,

                          Avram E. Frisch

Cc: Jonathan Ozarow Esq

