# EXHIBIT B

## Jonathan Ozarow

| | |
|---|---|
| **From:** | Jessica Brenner <jbrenner@murphyllp.com> |
| **Sent:** | Tuesday, December 5, 2023 5:33 PM |
| **To:** | Jonathan Ozarow |
| **Cc:** | Kellen Murphy; Chaim Treitel; Jack Saadia; Sindha, Namrata; eleanor@tfxny.com |
| **Subject:** | RE: Warehouse Lease between 1735 Jersey Ave LLC and Luxe Living Design, LLC |

CAUTION: This email originated from outside of Clark Guldin. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jonathan,

The certificate is acceptable.

Thank you.

Regards,

Jessica

Jessica R. Brenner | Counsel
**MURPHY SCHILLER & WILKES LLP**
5 Penn Plaza, 19th Floor
New York, NY 10001
(O) (973) 302-5452
(M) (201) 892-5551
jbrenner@murphyllp.com
www.murphyllp.com

_____

Confidentiality Notice: This email contains information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this email in error, please notify us immediately by return email and delete this email and all attachments from your system. Thank You.

---

**From:** Jonathan Ozarow <jozarow@clarkguldin.com>
**Sent:** Monday, December 4, 2023 3:55 PM
**To:** Jessica Brenner <jbrenner@murphyllp.com>
**Cc:** Kellen Murphy <kmurphy@murphyllp.com>; Chaim Treitel <hayim@luxeeventrentals.com>; Jack Saadia <jack@tfxny.com>; Sindha, Namrata <NSindha@saadiadirect.com>; eleanor@tfxny.com
**Subject:** [External] Warehouse Lease between 1735 Jersey Ave LLC and Luxe Living Design, LLC

Good afternoon, Jessica.

As you are aware, I represent 1735 Jersey Ave LLC ("Landlord") in connection with the above-referenced lease (the "Lease"). All capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Lease. Please be advised that, pursuant to Section 2.03 of the Lease, Landlord hereby exercises its option to select December 15, 2023 as the alternate Commencement Date. Attached please find a draft commencement date memo to memorialize pertinent dates under the lease. Kindly confirm the attached is accurate and, if so, we can provide to our respective clients for accuracy. If you have any questions or concerns, please feel free to contact me.

1

Thank you for your prompt attention to this matter.

Jonathan A. Ozarow
**Clark Guldin**
Attorneys at Law
20 Church Street, Suite 15
Montclair, NJ 07042
Main Number: (973) 707-5346
Direct Dial: (973) 604-3200
Direct Fax: (973) 604-3201
E-mail: jozarow@clarkguldin.com
www.clarkguldin.com