# EXHIBIT C



# SUPERIOR COURT OF NEW JERSEY – MIDDLESEX COUNTY
## SPECIAL CIVIL PART
### TRIAL NOTICE – IN PERSON

**CASE CAPTION**: 1735 JERSEY AVE LLC VS LUXE LIVING DESIGN, LLC
**DOCKET NUMBER**: MID LT 003580-24

---

A trial has been scheduled in this case to take place **In Person** on **Wednesday, June 5, 2024**, at **9:00 a.m.**, at 56 Paterson Street, **Courtroom 205**, New Brunswick, NJ 08901.

---

**FAILURE TO APPEAR AT TRIAL WILL RESULT IN DISMISSAL OF THE COMPLAINT IF YOU ARE THE PLAINTIFF OR ENTRY OF DEFAULT IF YOU ARE THE DEFENDANT.**

*NO PRESENTARSE AL JUICIO RESULTARÁ EN LA DESESTIMACIÓN DE LA DEMANDA SI USTED ES EL DEMANDANTE O ENTRADA DE INCUMPLIMIENTO SI ES EL DEMANDADO.*

---

If you need to request an adjournment (postponement), it **must be requested in writing**, stating the reason for the request. Please contact the court at least **5 days before** your trial date if you need guidance and for requirements.

**ALL ADJOURNMENT REQUESTS** ARE SUBJECT TO COURT APPROVAL AND **YOU WILL BE NOTIFIED** IF YOUR REQUEST IS APPROVED.

Adjournment requests **must** be submitted to the court in **ONE (1)** of the following ways:
1. **File online via JEDS**: https://www.njcourts.gov/self-help/jeds
2. **Fax:** 732-645-4294
3. **File at the courthouse:** 56 Paterson St., New Brunswick, NJ 08901. 3rd Floor, Tower.
4. **Mail:**   Middlesex County Superior Court, Special Civil Part
   PO Box 1146
   New Brunswick, NJ 08903-1146

**ALL ATTORNEYS** ARE MANDATORY ECOURTS FILERS PURSUANT TO SUPEREME COURT ORDER DATED JULY 5, 2017, OR ON JEDS, WHERE ECOURTS IS NOT AVAILABLE, PURSUANT TO SUPREME COURT ORDER DATED MAY 5, 2020. **ALL CORRESPONDENCES AND DOCUMENTS MUST BE FILED ELECTRONICALLY.**

*Si necesita solicitar un aplazamiento (aplazamiento), **debe** solicitarse por escrito. Comuníquese con el tribunal al menos 5 días **antes** de la fecha de su juicio si necesita orientación y requisitos. Por favor, incluya el motivo de la solicitud de aplazamiento.*

***TODAS LAS SOLICITUDES DE APLAZAMIENTO** ESTÁN SUJETAS A LA APROBACIÓN DE LOS TRIBUNALES Y **SE LE NOTIFICARÁ** SI SU SOLICITUD ES APROBADA.*

*Las solicitudes de aplazamiento **deben** presentarse ante el tribunal de UNA de las siguientes cuatro maneras:*

1. **Presente en línea a través de JEDS**: https://www.njcourts.gov/self-help/jeds
2. **Fax**: 732-645-4294
3. **Archivo en el juzgado**: 56 Paterson St., New Brunswick, NJ 08901. 3 Piso, Torre.
4. **Correo**: Middlesex County Superior Court, Special Civil Part
   PO Box 1146
   New Brunswick, NJ 08903-1146

If you have any **questions or issues** regarding your trial date, please contact the Court by calling the Special Civil Part Office at 732-645-4300 extensions 88381, 88382, or 88383.

*Si tiene **alguna pregunta o problema** con respecto a la fecha de su juicio, llama la Oficina de la Parte Civil Especial al 732-645-4300 extensiones 88381, 88382, o 88383.*

If you need an **interpreter or an accommodation for a disability**, you must notify the court *immediately*: 732-645-4300 ext. 88382.

*Si necesita un **intérprete o algún arreglo por una discapacidad**, tiene que notificárselo inmediatamente al tribunal: 732-645-4300, extension 88382.*

---

**All parties are responsible for bringing a hard copy of all exhibits to the Court on your trial date. You must bring four (4) hard copies** to trial. The Court will not print or copy any exhibits, nor review any exhibits that are on an electronic device.

**When providing any evidence** to the Court, you **must certify that all confidential personal identifiers were redacted** (removed) from the documents submitted to the Court in accordance with N.J. Court Rule 1:38-7: https://www.njcourts.gov/attorneys/rules-of-court/confidential-personal-identifiers.

This means that **any personal information** regarding you or your adversary (opposing party), **MUST NOT** be provided with any evidence submitted.

- This means that **any personal information**, regarding you or your adversary (opposing party), **MUST NOT** be provided with any evidence you submit.
- **Examples of personal identifiers include, but are not limited to:** Social Security numbers, birth dates, any medical information, driver license numbers, VIN numbers, bank account information, etc.

Page / *Página* **2** of 4

If you are presenting a **VIDEO as an exhibit for trial**, you **must** upload the video onto a USB drive or burn it onto a DVD and bring it on your trial date. The Court **cannot** review video exhibits from a phone or electronic device nor open videos via email.

<u>Prior to trial you will have the opportunity to resolve your case though a settlement program with a trained settlor. You do not have to settle your case. You have the right to a trial.</u>

---

*Todas las partes son responsables de llevar una copia impresa de todas las pruebas al Tribunal en la fecha de su juicio. <u>Tienes que</u> traer **cuatro (4) copias** de tus exhibiciones para tu fecha del juicio. El Tribunal no imprimirá ni copiará ninguna prueba, ni se revisará ninguna prueba que esté en un dispositivo electrónico.*

*Al presentar cualquier evidencia al Tribunal, <u>debe certificar que todos los identificadores personales confidenciales fueron redactados</u> (eliminados) de los documentos que presentó al <u>Tribunal</u> de acuerdo con la Regla 1:38-7 de la Corte de Nueva Jersey: <u>https://www.njcourts.gov/attorneys/rules-of-court/confidential-personal-identifiers</u>.*
- *Esto significa que cualquier **información personal**, con respecto a usted o a su adversario (parte contraria), **<u>NO DEBE</u>** proporcionarse con ninguna evidencia que envíe.*
- *Ejemplos de identificadores personales incluyen, pero no se limitan a: números de Seguro Social, fechas de nacimiento, cualquier información médica, números de licencia de conducir, números de VIN, información de cuentas bancarias, etc.*

---

*Si presenta **un VIDEO como prueba para el juicio**, <u>debe</u> cargar el video en una unidad USB o grabarlo en un DVD y traer la unidad USB o el DVD en la fecha del juicio. El Tribunal **<u>no puede</u>** revisar su prueba de video en su teléfono o dispositivo electrónico ni abrir videos por correo electrónico.*

<u>*Antes del juicio, tendrá la oportunidad de resolver su caso a través de un programa de resolución de reclamos menores con un mediado judicial. No tiene que llegar a un acuerdo en su caso. Tiene derecho a un juicio.*</u>

Page / *Página* **3** of **4**



*This page intentionally left blank.*

---

*Página dejada intencionalmente en blanco*