**CLARK GULDIN**
Attorneys At Law
20 Church Street
Montclair, New Jersey 07042
973.707.5346
*Attorneys for Plaintiff*
*1735 Jersey Ave LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| 1735 JERSEY AVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC,<br><br>Defendant. | HON. MICHAEL A. SHIPP, U.S.D.J.,<br>HON. TONIANNE J. BONGIOVANNI, U.S.M.J.<br><br>CIVIL ACTION NO. 3:24-cv-06175 (MAS) (TJB)<br><br>DECLARATION OF JACK SAADIA |

I, JACK SAADIA, hereby certify under penalties of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an officer of Plaintiff, 1735 Jersey Ave LLC ("Landlord"). I submit this declaration based upon my personal knowledge and in opposition to the Order to Show Cause filed by Defendant, Luxe Living Design, LLC ("Tenant").

2. Attached hereto as **Exhibit A** is a true and accurate copy of the Landlord's rent ledger for Tenant (the "Ledger"), exclusive of legal fees incurred in connection with ongoing litigation.

3. The Ledger is maintained by Landlord's accounting department in the normal course of business and accurately depicts the amounts (i) received by Tenant and (ii) due under the Lease.

{00135040 - 1}

-2-

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 25, 2024                                 _____
                                                                                        Jack Saadia