# EXHIBIT A

1735 Jersey Ave Property LLC
Tenant Ledger - Luxe Living Designs, LLC
as of 8/28/2024

| Billing | | | | | | | Credits and Payments | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bill Date | Rent | CAM | Security Deposit | Landlord credit | Billed Amount | | Paid Date | Payments | Abatement-Rent | Abatement-CAM | Total | Open Amount | Late Fee 7% | Interest 12% p.a | Total Due |
| 12/01/23 | $ 203,939.58 | $ 44,809.19 | $ - | $ (101,969.79) | $ 146,778.98 | | 12/04/23 | $ (248,748.77) | | | $ (248,748.77) | $ (101,969.79) | $ - | $ - | $ (101,969.79) |
| 01/01/24 | $ 203,939.58 | $ 44,809.19 | $ - | $ - | $ 248,748.77 | | | $ - | | | $ - | $ 248,748.77 | $ 10,274.53 | $ 1,467.79 | $ 260,491.09 |
| 02/01/24 | $ 203,939.58 | $ 44,809.19 | $ 300,000.00 | $ - | $ 548,748.77 | | | $ - | $ - | | $ - | $ 548,748.77 | $ 38,412.41 | $ 6,955.28 | $ 594,116.46 |
| 03/01/24 | $ 203,939.58 | $ 44,809.19 | $ - | $ - | $ 248,748.77 | | | $ - | $ - | $ - | $ - | $ 248,748.77 | $ 17,412.41 | $ 9,442.77 | $ 275,603.95 |
| 04/01/24 | $ 203,939.58 | $ 44,809.19 | $ - | $ - | $ 248,748.77 | | | | | | $ - | $ 248,748.77 | $ 17,412.41 | $ 11,930.25 | $ 278,091.44 |
| 05/01/24 | $ 203,939.58 | $ 44,809.19 | $ - | $ - | $ 248,748.77 | | | | | | $ - | $ 248,748.77 | $ 17,412.41 | $ 14,417.74 | $ 280,578.92 |
| 06/01/24 | $ 203,939.58 | $ 44,809.19 | $ - | $ - | $ 248,748.77 | | | | | | $ - | $ 248,748.77 | $ 17,412.41 | $ 16,905.23 | $ 283,066.41 |
| 07/01/24 | $ 203,939.58 | $ 44,809.19 | $ - | $ - | $ 248,748.77 | | 07/08/24 | $ (248,748.77) | | | $ (248,748.77) | $ - | $ 17,412.41 | $ 16,905.23 | $ 34,317.64 |
| 08/01/24 | $ 203,939.58 | $ 44,809.19 | $ - | $ - | $ 248,748.77 | | 08/21/24 | $ (175,000.00) | | | $ (175,000.00) | $ 73,748.77 | $ 17,412.41 | $ 17,642.72 | $ 108,803.90 |
| 09/01/24 | $ 203,939.58 | $ 44,809.19 | $ - | $ - | $ 248,748.77 | | 09/17/24 | $ (185,000.00) | | | $ (185,000.00) | $ 63,748.77 | $ 17,412.41 | $ 18,280.20 | $ 99,441.39 |
| Total | $ 2,039,395.80 | $ 448,091.90 | $ 300,000.00 | $ (101,969.79) | $ 2,685,517.91 | | | $ (857,497.54) | $ - | $ - | $ (857,497.54) | $ 1,828,020.37 | $ 170,573.84 | $ 113,947.20 | $ 2,112,541.41 |