

October 22, 2024

<u>**Via ECF**</u>

Hon. Justin T. Quinn, U.S.M.J.
District of New Jersey
402 E State Street
Trenton, New Jersey 08609

                                              Re:   *1735 Jersey Ave LLC v. Luxe Living Design, LLC*
                                                        Case No. 3:24-cv-06175

                                                        *1735 Jersey Ave LLC v. Luxe Living Design, LLC et al.*
                                                        Case No. 3:24-cv-06168

Dear Judge Quinn,

       I am an attorney with the law firm of Twersky PLLC, counsel for Defendant Luxe Living Design, LLC ("Defendant" or "Tenant") in the captioned matter. I respectfully submit this letter in accordance with Your Honor's directives given at the conference held on October 22, 2024, regarding the bond ordered to be posted in this matter.

       As Your Honor is aware, Defendant has been in contact with a bond company and has submitted many documents for review. Unfortunately, due to the holidays of Yom Kippur, which was October 11, 2024 – October 12, 2024, and Sukkot, which began the afternoon of October 16, 2024 and goes through the evening of October 25, 2024, Defendant has been unable as of yet to confirm the bond and have it posted. Defendant has actively been working to finalize issuance of the bond throughout this time. Accordingly, Defendant respectfully requests an extension of time to have the bond posted, until November 4, 2024. Defendant also requests that the terms of the TRO be extended until that time.

       Thank you in advance for Your Honor's understanding.

                                                                   Respectfully yours,

                                                                   Aaron Twersky, Esq.

cc:    All Counsel (via ECF)