# SureTec Insurance Company

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| 1735 JERSEY AVE LLC,<br>    Plaintiff/Counterclaim Defendant,<br><br>vs<br><br>LUXE LIVING DESIGN, LLC, et. al.,<br><br>    Defendants/Counterclaim Plaintiffs, | Case No. 24-6168 & 24-6175<br><br>UNDERTAKING UNDER SECTION<br><br>SureTec Insurance Company<br>5555 Garden Grove Blvd, Suite 275<br>Westminster, CA 92683 |

WHEREAS, the above named **LUXE LIVING DESIGN, LLC, Defendants/Counterclaim Plaintiffs** desires to give an undertaking for **a Temporary Restraining Order and Injunction** as provided in ~~Section~~ **Fed.R.Civ. P R. 65**.

NOW THEREFORE, the undersigned Surety, does hereby obligate itself, jointly and severally, to **1735 JERSEY AVE LLC, Plaintiff/Counterclaim Defendant** under said statutory obligations in the sum of **THREE HUNDRED FIFTY THOUSAND AND NO/100**------ Dollars ($ **350,000.00** ).

IN WITNESS WHEREOF, The corporate seal and name of the said Surety Company is hereto affixed and attested by **MARTIN J. REGINE** who declares under penalty of perjury that he is its duly authorized Attorney-in-Fact acting under an unrevoked power of attorney on file with the Clerk of the County in which above entitled Court is located.

Executed at **GARDEN CITY, NEW YORK**, on **OCTOBER 31, 2024**

Bond No. **3530311**

The premium charge for this bond is
$ **3,500.00** per annum.

SureTec Insurance Company

Attorney-in-Fact **MARTIN J. REGINE**

**Individual Acknowledgment**

State of _____

County of _____

On this _____ day of _____, _____, before me personally came _____ and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge to me that he/she executed the same.

My commission expires: _____   _____
                                                                                                                Notary Public

---

**LLC/Firm Acknowledgment**

State of _____

County of _____

On this _____ day of _____, _____, before me personally came _____ to me known and known to me to be a member of the firm of _____ described in and who executed the foregoing instrument, and he/she thereupon acknowledged to me that he/she executed the same as and for the act and deed of said firm.

My commission expires: _____   _____
                                                                                                                Notary Public

---

**Corporation Acknowledgment**

State of _____

County of _____

On this _____ day of _____, _____, before me personally came _____, to me known who being by me duly sworn, did depose and say that s/he is the _____ of _____ the corporation described in and which executed the above instrument; that he/she knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation, and that he/she signed his/her name thereto by like order.

My commission expires: _____   _____
                                                                                                                Notary Public

---

**Surety Acknowledgment**

State of New York

County of Nassau

On __OCTOBER 31, 2024__, before me personally came MARTIN J. REGINE to me known, who, being by me duly sworn, did depose and say that he/she is an Attorney-in-Fact of _____SURETEC INSURANCE COMPANY_____ the corporation described in and which executed the within instrument; that he/she knows the corporate seal of said corporation; that the seal affixed to the within instrument is such corporate seal, and that he/she signed the said instrument and affixed the said seal as Attorney-in-Fact by authority of the Board of Directors of said corporation and by authority of this office under the Standing Resolutions thereof.

                         Julieanne L. Regine
                Notary Public, State of New York
                          No. 01RE5035276

My commission expires: _____Qualified in Bronx County_____   _____/s/ Julieanne L. Regine_____
                          Commission Expires October 31, 2026                                                                                       Notary Public

POA #: 3210002

# SureTec Insurance Company
## LIMITED POWER OF ATTORNEY

*Know All Men by These Presents,* That SURETEC INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Texas, and having its principal office in Houston, Harris County, Texas, does by these presents make, constitute and appoint

Julieanne L. Regine, Martin J. Regine, Jemaima Y. Fojas, Sonia Espinoza

its true and lawful Attorney-in-fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include waivers to the conditions of contracts and consents of surety for, providing the bond penalty does not exceed

Five Million and 00/100 Dollars ($5,000,000.00)

and to bind the Company thereby as fully and to the same extent as if such bond were signed by the President, sealed with the corporate seal of the Company and duly attested by its Secretary, hereby ratifying and confirming all that the said Attorney-in-Fact may do in the premises. Said appointment is made under and by authority of the following resolutions of the Board of Directors of the SureTec Insurance Company:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and of behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached. *(Adopted at a meeting held on 20th of April, 1999.)*

*In Witness Whereof,* SURETEC INSURANCE COMPANY has caused these presents to be signed by its President, and its corporate seal to be hereto affixed this 16th day of February, A.D. 2023.



SURETEC INSURANCE COMPANY

By: _____
Michael C. Keimig, President

State of Texas         ss:
County of Harris

On this 16th day of February, A.D. 2023 before me personally came Michael C. Keimig, to me known, who, being by me duly sworn, did depose and say, that he resides in Houston, Texas, that he is President of SURETEC INSURANCE COMPANY, the company described in and which executed the above instrument; that he knows the seal of said Company; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said Company; and that he signed his name thereto by like order.



Tanya Sneed, Notary Public
My commission expires March 30, 2027

I, M. Brent Beaty, Assistant Secretary of SURETEC INSURANCE COMPANY, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Company, which is still in full force and effect; and furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

Given under my hand and the seal of said Company at Houston, Texas this 31st day of October, 2024, A.D.

_____
M. Brent Beaty, Assistant Secretary

**Any instrument issued in excess of the penalty stated above is totally void and without any validity.** 3210002
For verification of the authority of this power you may call (713) 812-0800 any business day between 8:30 am and 5:00 pm CST.



## State of New Jersey
## Department of Banking and Insurance

# CERTIFICATE OF AUTHORITY

Date: **May 02, 2024**

NAIC Company Code: **10916**

THIS IS TO CERTIFY THAT THE **SURETEC INSURANCE COMPANY,** HAVING COMPLIED WITH THE LAWS OF THE STATE OF NEW JERSEY, AND ANY SUPPLEMENTS OR AMENDMENTS THERETO WITH RESPECT TO THE TRANSACTION OF THE BUSINESS OF INSURANCE, IS LICENSED TO TRANSACT IN THIS STATE UNTIL THE 1st DAY OF MAY, 2025, THE LINES OF INSURANCE SPECIFICALLY DESIGNATED BELOW:

11 - Other Liability
13 - Fidelity and Surety



JUSTIN ZIMMERMAN

ACTING COMMISSIONER
OF BANKING AND INSURANCE

COMPANY NAME: SURETEC INSURANCE COMPANY   NAIC COMPANY CODE: 10916

STATUTORY HOME ADDRESS:
**2103 CITYWEST BLVD**
**#1300**
**HOUSTON, TX 77042**

**SPECIAL CONDITIONS:**

2



SureTec Insurance Company
2103 CityWest Boulevard, Suite 1300
Houston, TX. 77042

FINANCIAL STATEMENT
as of December 31, 2023
Statutory Basis

| | | | |
|---|---:|---|---:|
| Bonds | 421,669,270 | Reserve for Losses and Loss Expense | 264,323,399 |
| Stocks | 115,762,390 | Reserve for Unearned Premiums | 89,856,648 |
| Cash & Short Term Investments | 89,325,457 | Other Liabilities | 192,868,741 |
| Agents Balances or Uncollected Premiums | 52,710,606 | TOTAL LIABILITIES | 547,048,788 |
| Other Admitted Assets | 11,058,219 | | |
| | | Capital Stock | 5,000,000 |
| | | Surplus | 138,477,154 |
| | | TOTAL POLICYHOLDERS SURPLUS | 143,477,154 |
| | | TOTAL LIABILITIES AND POLICYHOLDERS | |
| TOTAL ASSETS | $ 690,525,942 | SURPLUS | $ 690,525,942 |

Bonds and stocks are valued in accordance with the basis adopted by the National Association of Insurance Commissioners.
Securities carried in the above statement are deposited as required by law.

CERTIFICATE

David Allen Wisnoski, Secretary, and Barbara Duemer Betancourt, Vice President, of the SureTec Insurance Company, being duly sworn each for himself and herself, deposes and says that they are the above described officers of the said Company and that on the 31st day of December, 2023, the Company actually possessed the assets set forth in the foregoing financial statement, except as hereinbefore indicated, and that the foregoing statement is a correct exhibit of such assets and liabilities of said Company on the 31st day of December, 2023, according to the best of their information, knowledge and belief.

_____
Vice President

_____
Secretary

STATE OF TEXAS
COUNTY OF HARRIS

On this 15th day of March, 2024, before me came the above named officers of SureTec Insurance Company to me known to be the individuals and officers described herein, and acknowledge that they executed the foregoing instrument and affixed the seal of the corporation thereto by the authority of their office.

_____
Notary Public

LINDA WHITE
Notary Public State of Texas
Commission # 123994008
Commission Expires 10/14/2025