# EXHIBIT A















©2019 GAF 5/19 • 1 Campus Drive, Parsippany, NJ 07054 • 1-800-766-3411 • gaf.com

8A010920GAL

**IMPORTANT:**
Repair leaks promptly to avoid adverse effects, including mold growth.

**STORAGE:**
Store indoors protected from moisture and extreme temperatures.

**QUANTITY:** 20 Per Box

8A010920GA

**GAF**
**EverGuard®**
**TPO**
**FLUTED CORNER**



**GAF EverGuard® TPO**
**DETAILING MEMBRANE**

7631920GA

**NOMINAL DIMENSIONS:**
Roll Size: 24" x 50' (100 sq. ft.)
610 mm x 15.24 m (9.3 m²)

**STORAGE:**
Store rolls on their sides on pallets or shelving in a dry area.

**IMPORTANT:**
Repair leaks promptly to avoid adverse effects, including mold growth.

©2019 GAF 5/19 • 1 Campus Drive, Parsippany, NJ 07054 • 1-800-766-3411 • gaf.com

7631L