# EXHIBIT B

# Jonathan Ozarow

| | |
|---|---|
| **From:** | Aaron Twersky <atwersky@twerskylaw.com> |
| **Sent:** | Thursday, October 31, 2024 6:58 PM |
| **To:** | Jonathan Ozarow |
| **Cc:** | frischa@avifrischlaw.com; Ilana Neufeld; Mia Guttmann |
| **Subject:** | Re: Activity in Case . 1735 JERSEY AVE LLC v. LUXE LIVING DESIGN, LLC et al Text Order |

CAUTION:This email originated from outside of Clark Guldin. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jonathan - perhaps the most troubling part of your email is that you are confirming that you intentionally read clearly privileged information from my client.
Any email to you from "Chaim Treitel" should have been immediately deleted, considering you know he is an adversary and has counsel.
I am very troubled by your unethical behavior.

---
Aaron Twersky, Esq.
(212) 425-0149 (Office)
(917) 992-0657 (Cell)
atwersky@twerskylaw.com



747 Third Avenue, 32nd Floor
New York, New York 10017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Long Island Office:
366 Pearsall Avenue, Suite 1
Cedarhurst, New York 11516

```
NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential
information that is privileged or that constitutes attorney work product. If you are not the
intended recipient, you are hereby notified that any dissemination, distribution or copying of this
e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error,
please immediately notify the sender by replying to this e-mail and delete the message and any
attachment(s) from your system. Thank you.
=============================================================================
```

**From:** Jonathan Ozarow <jozarow@clarkguldin.com>
**Sent:** Thursday, October 31, 2024 5:26 PM
**To:** Aaron Twersky <atwersky@twerskylaw.com>
**Cc:** frischa@avifrischlaw.com <frischa@avifrischlaw.com>; Ilana Neufeld <ineufeld@twerskylaw.com>; Mia Guttmann <mguttmann@twerskylaw.com>
**Subject:** RE: Activity in Case . 1735 JERSEY AVE LLC v. LUXE LIVING DESIGN, LLC et al Text Order

Aaron,

From reading the email, I understand that the email was inadvertent and will be destroyed. That being said, your client's email did confirm that he does not have the insurance required under the Lease. I presume you

1

understand the ramifications should any sworn statements be offered to the effect that your client is otherwise in compliance with the Lease.

As far as the letter, I reconsidered and will share our position in advance. Please see attached draft letter. Please provide your position so that I can file with the Court.

In addition, I am advised that the contract for the roof has been finalized. I will let you know when work will commence.

Finally, I ask that you confirm that your client posted the bond as required by the Court.

Jonathan A. Ozarow
**Clark Guldin**
Attorneys at Law
20 Church Street, Suite 15
Montclair, NJ 07042
Main Number: (973) 707-5346
Direct Dial: (973) 604-3200
Direct Fax: (973) 604-3201
E-mail: jozarow@clarkguldin.com
www.clarkguldin.com

**From:** Aaron Twersky <atwersky@twerskylaw.com>
**Sent:** Thursday, October 31, 2024 5:14 PM
**To:** Jonathan Ozarow <jozarow@clarkguldin.com>
**Cc:** frischa@avifrischlaw.com; Ilana Neufeld <ineufeld@twerskylaw.com>; Mia Guttmann <mguttmann@twerskylaw.com>
**Subject:** Re: Activity in Case . 1735 JERSEY AVE LLC v. LUXE LIVING DESIGN, LLC et al Text Order

CAUTION: This email originated from outside of Clark Guldin. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jonathan,

My client just emailed you accidently at 5:06 PM which is clearly an attorney client communication and you were not intended on receiving that email.
Please delete that correspondence immediately.

Thank you.
---
Aaron Twersky, Esq.
(212) 425-0149 (Office)
(917) 992-0657 (Cell)
atwersky@twerskylaw.com


Twersky PLLC

747 Third Avenue, 32nd Floor
New York, New York 10017

*************************************************************************
PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.
*************************************************************************

Long Island Office:
366 Pearsall Avenue, Suite 1
Cedarhurst, New York 11516

2

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
==============================================================================