**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
By:     R. James Kravitz, Esq
            Brittany M. Barbet, Esq.
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Telephone: 609-896-3600
Email: RKravitz@FoxRothschild.com
            BBarbet@FoxRothschild.com
*Attorneys for PPREF/TP North Brunswick Industrial LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC,<br><br>Defendant. | Civil Action No.: 3:24-cv-06175-MAS-JTQ<br><br>**CONSENT ORDER** |

THIS MATTER having been brought to the court pursuant to Fed. R. Civ. P. 25(c), by the parties, Plaintiff 1735 Jersey Ave LLC ("1735 Jersey Ave"), by and through its counsel Clark Guldin (Jonathan A. Ozarow, Esq. appearing), PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC ("PPREF"), by and through its counsel, Fox Rothschild LLP (R. James Kravitz, Esq. appearing), and Defendant, Luxe Living Design, LLC ("Defendant"), by and through its counsel, Twersky PLLC (Aaron Twersky, Esq. appearing) and The Law Office of Avram E. Frisch LLC (Avram E. Frisch, Esq. appearing); and it appearing to the Court that the property and lease that are the subject of the above-captioned action, have been sold to PPREF as to the property and assigned as to the lease; and it appearing that 1735 Jersey Ave's claims against Defendant contained in the Complaint have been assigned to PPREF; and it appearing that the

parties, through their respective counsel, have consented to the relief herein and the form and entry of this Order; and for other good cause having been shown,

    IT IS on this ____ day of March 2025, ORDERED as follows:

    1. PPREF is substituted as Plaintiff for 1735 Jersey Ave with respect to all claims asserted by 1735 Jersey Ave in the Complaint filed in the above-entitled action.

                                                                                                   U.S.M.J.

(AGREED AS TO FORM AND ENTRY)

Dated: March 27, 2025

**CLARK GULDIN**
*Attorneys for 1735 Jersey Ave LLC*

By: *s/ Jonathan Ozarow*
     Jonathan A. Ozarow, Esq.

**FOX ROTHSCHILD LLP**
*Attorneys for Plaintiff PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC*

By: *s/ R. James Kravitz*
     R. James Kravitz, Esq.

**TWERSKY PLLC**
*Attorneys for Defendants Luxe Livine Design, LLC and Chaim S. Treitel*

By: *s/ Aaron Twersky*
     Aaron Twersky, Esq.

**LAW OFFICE OF AVRAM E. FRISCH LLC**
*Attorneys for Defendants Luxe Livine Design, LLC and Chaim S. Treitel*

By: *s/ Avram E. Frisch*
     Avram E. Frisch, Esq.