**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
By:    R. James Kravitz, Esq
          Brittany M. Barbet, Esq.
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Telephone: 609-896-3600
Email: RKravitz@FoxRothschild.com
         BBarbet@FoxRothschild.com
*Attorneys for PPREF/TP North Brunswick Industrial LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| 1735 JERSEY AVE LLC, and PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC<br><br>Plaintiffs,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC and CHAIM S. TREITEL,<br><br>Defendants | Civil Action No.: 3:24-cv-06168-MAS-JTQ<br><br>**CONSENT ORDER** |

THIS MATTER having been brought to the court pursuant to Fed. R. Civ. P. 25(c), by the parties, Plaintiff/Counterclaim Defendant 1735 Jersey Ave LLC ("1735 Jersey Ave"), by and through its counsel Clark Guldin (Jonathan A. Ozarow, Esq. appearing), PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC ("PPREF"), by and through its counsel, Fox Rothschild LLP (R. James Kravitz, Esq. appearing), and Defendants/Counterclaimants, Luxe Living Design, LLC and Chaim S. Treitel (collectively, "Defendants"), by and through their counsel, Twersky PLLC (Aaron Twersky, Esq. appearing) and The Law Office of Avram E. Frisch LLC (Avram E. Frisch, Esq. appearing); and it appearing to the Court that the property and lease that are the subject of the above-captioned action, have

been sold to PPREF as to the property and assigned as to the lease; and it appearing that 1735 Jersey Ave's claims against Defendants contained in the Complaint have been assigned to PPREF; and it appearing that the parties, through their respective counsel, have consented to the relief herein and the form and entry of this Order; and for other good cause having been shown,

IT IS on this ____ day of March 2025, ORDERED as follows:

1. PPREF is substituted as Plaintiff for 1735 Jersey Ave with respect to all claims asserted by 1735 Jersey Ave in the Complaint filed in the above-entitled action; and

2. Defendants' Counterclaims shall remain solely against 1735 Jersey Ave, which shall remain in the case as a Counterclaim Defendant only.

_____
U.S.M.J.

(AGREED AS TO FORM AND ENTRY)

Dated: March 27, 2025

| **CLARK GULDIN** | **FOX ROTHSCHILD LLP** |
|---|---|
| *Attorneys for Counterclaim Defendant 1735 Jersey Ave LLC* | *Attorneys for Plaintiff PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC* |
| By: *s/ Jonathan Ozarow*<br>Jonathan A. Ozarow, Esq. | By: *s/ R. James Kravitz*<br>R. James Kravitz, Esq. |

(SIGNATURES CONTINUED ON THE FOLLOWING PAGE)

| | |
|---|---|
| **TWERSKY PLLC** <br> *Attorneys for Defendants* <br> *Luxe Livine Design, LLC and* <br> *Chaim S. Treitel* | **LAW OFFICE OF AVRAM E. FRISCH LLC** <br> *Attorneys for Defendants* <br> *Luxe Livine Design, LLC and* <br> *Chaim S. Treitel* |
| By:  *s/ Aaron Twersky* <br>       Aaron Twersky, Esq. | By:  *s/ Avram E. Frisch* <br>       Avram E. Frisch, Esq. |