**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
BY:    R. James Kravitz
          Brittany M. Barbet
212 Carnegie Center, Suite 400
Princeton, NJ 08540
(609) 896-3600
*Attorneys for Plaintiff*
*PPREF/TP North Brunswick Industrial LLC as assignee of 1735 Jersey Ave LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC,<br><br>                                   Plaintiffs,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC<br><br>                                   Defendants. | Civil Action No.: 3:24-cv-06175 (MAS) (JTQ)<br><br>[FILED ELECTRONICALLY] |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel for plaintiff, PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC, in the above-captioned matter.

                                                    **FOX ROTHSCHILD LLP**
                                                    *Attorneys for Plaintiff*
                                                    *PPREF/TP North Brunswick Industrial LLC*
                                                      *as assignee of 1735 Jersey Ave LLC*

                                                    By: /s/ *R. James Kravitz*
                                                            R. James Kravitz

DATED: April 2, 2025

170087942.1