

**TWERSKY PLLC**

Mary 27, 2025

<u>**Via ECF**</u>

Hon. Justin T. Quinn, U.S.M.J.
District of New Jersey
402 E State Street
Trenton, New Jersey 08609

> **Re:** ***PPREF/TP North Brunswick Industrial LLC, as assignee***
> ***of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC***
> **Case No.: 3:24-cv-06175-MAS-JTQ**
> ***1735 Jersey Ave LLC and PPREF/TP North Brunswick***
> ***Industrial LLC, as assignee of 1735 Jersey Ave LLC vs.***
> ***Luxe Living Design, LLC, et al.***
> **Case No.: 3:24-cv-06168-MAS-JTQ**

Dear Magistrate Judge Quinn,

    I am an attorney with the law firm of Twersky PLLC, counsel for Defendant Luxe Living Design, LLC ("Defendant" or "Tenant") in the captioned matter. I respectfully submit this letter jointly with counsel for PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC ("Plaintiff"), R. James Kravitz, pursuant to Your Honor's March 28, 2025 Text Order. While a settlement has not yet been reached, Plaintiff and Defendant respectfully and jointly request a brief adjournment until June 4, 2025 to update the Court further.

    Thank you in advance for Your Honor's understanding.

Respectfully yours,

Aaron Twersky, Esq.