UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC

*Plaintiff*

v.

Luxe Living Design, LLC

*Defendant*

Civil Action No. 3:24-cv-06175-MAS-JTQ

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC, is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

**OR**

[X] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

s/ Brittany M. Barbet
s/ R. James Kravitz

Signature of Attorney

FOX ROTHSCHILD LLP
212 Carnegie Center, Suite 400

Address

Princeton, NJ 08540

City/State/Zip

August 19, 2025

Date