

Mail: P. O. Box 5231, Princeton, NJ 08543-5231
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Tel (609) 896-3600  Fax (609) 896-1469
www.foxrothschild.com

BRITTANY M. BARBET
Direct No: 609.896.3600
Email: BBarbet@FoxRothschild.com

August 19, 2025

***VIA ECF***
Hon. Justin T. Quinn, U.S.M.J.
United States District Court District of New Jersey
402 E. State Street
Trenton, New Jersey 08609

**Re:    PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC
vs. Luxe Living Design, LLC
Civil Action No.: 3:24-cv-06175-MAS-JTQ**

Dear Judge Quinn:

We represent Plaintiff PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC ("Plaintiff") in the above referenced action. We write to apprise the Court of the fact that we advised defendant's counsel on August 7, 2025, of our intention to simplify the two pending related matters by dismissing the eviction action (Civil Action No. 06175-NAS-HTQ). Although this should be an easy decision for the defendant, defense counsel has not yet provided us with his consent to the dismissal, despite multiple follow up calls and emails.

Given the fact that a motion to remand the eviction action is pending, and our belief that defendant will eventually consent to the dismissal, we wanted to apprise the Court of the status of this matter, so that the Court does not devote its resources unnecessarily to a motion that will be moot. In addition, given defense counsel's delay in responding, we ask the Court to schedule a prompt status conference.

We thank Your Honor for your time and attention to this matter.

Respectfully submitted,

*s/ Brittany Barbet*
Brittany M. Barbet
R. James Kravitz, Esq.

cc:    All Parties of Record (*via ECF*)