# TWERSKY PLLC

November 24, 2025

**Via ECF**

Hon. Justin T. Quinn, U.S.M.J.
District of New Jersey
402 E State Street
Trenton, New Jersey 08609

**Re:**   *1735 Jersey Ave LLC and PPREF/TP*        *PPREF/TP North Brunswick Industrial*
*North Brunswick Industrial LLC,*        *LLC, as assignee of 1735 Jersey Ave LLC*
*as assignee of 1735 Jersey Ave LLC*        *v. Luxe Living Design, LLC*
*v. Luxe Living Design, LLC et al.*        **Case No. 3:24-cv-06175**
**Case No. 3:24-cv-06168**

Dear Magistrate Judge Quinn,

I am an attorney with the law firm of Twersky PLLC, counsel for Defendant Luxe Living Design, LLC ("Defendant") in the captioned matter. I respectfully submit this letter to request an extension of time to respond to Plaintiff PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC's ("Plaintiff") letter, served pursuant to Your Honor's Text Order dated November 3, 2025, D.E. 86, 89 ("Text Order").

The Text Order provided that, "Plaintiff PPREF shall identify in writing all damage documents that Luxe has not produced. Luxe then shall have 14 days to either (1) produce those documents, (2) state that the requested documents are not in Luxe's possession, custody, or control, (3) state that they do not exist, or (4) explain that the requested documents do not exists and will be the subject of deposition testimony." *See* Text Order, D.E. 86, 89. In response to the Text Order, Plaintiff provided Defendant with a letter requesting certain documents ("Letter"). Although Defendant has already produced hundreds of relevant and responsive documents, on November 20, 2025, counsel for Plaintiff, James Kravitz, Esq., and I met and conferred regarding the Letter and its demands. After the meet and confer, it came to Defendants' attention that there may be other areas of responsive documents and it would need to investigate further. Defendant now respectfully requests an extension of time to fully respond to Plaintiff's Letter, until December 5, 2025. Counsel for Plaintiff consents to this request.

Thank you in advance for Your Honor's understanding.

Respectfully yours,

Aaron Twersky, Esq.

747 THIRD AVENUE • 32ND FLOOR • NEW YORK, NEW YORK 10017
TEL: 212-425-0149 • FAX: 212-355-5009 • WWW.TWERSKYLAW.COM