# EXHIBIT 2



Mail: P. O. Box 5231, Princeton, NJ 08543-5231
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Tel (609) 896-3600  Fax (609) 896-1469
www.foxrothschild.com

R. JAMES KRAVITZ
Direct No:  609.895.3316
Email: RKravitz@FoxRothschild.com
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

November 5, 2025

**VIA EMAIL ONLY**
Aaron Twersky, Esq.
Twersky PLLC
747 Third Avenue, 32nd Floor
New York, NY 10017
atwersky@twerskylaw.com

**Re:   PPREF/TP North Brunswick Industrial LLC ("PPREF"), as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC
Civil Action No.: 3:24-cv-06175-MAS-JTQ**

**1735 Jersey Ave LLC and PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC, et al.
Civil Action No.: 3:24-cv-06168-MAS-JTQ**

Dear Aaron:

In furtherance of the Court's directive at the most recent case management conference, as confirmed by the Text Order, dated November 3, 2025, please provide a certification from your client as to the existence or nonexistence of the following documents:

1. Inventory reports;

2. Inventory software;

3. Defendant's tax returns and financial statements from 2023 to the present;

4. Defendant's general ledger;

5. Documents pertaining to Defendant's lockout damages, such as (a) accounting ledgers and records concerning the components of overhead and overhead expenses, (b) communications with customers providing them with discounts as a result of the alleged lockout, (c) credit memos and/or invoices memorializing the lockout, (d) records of truck rentals during the one-year period surrounding the alleged lockout, and (e) records evidencing alleged lost sales;

6. Documents evidencing the moveout from the Brooklyn Warehouse;



Aaron Twersky, Esq.
Twersky PLLC
November 5, 2025
Page 2

       7.     Documents evidencing the move and/or occupancy into the New Jersey Warehouse;

       8.     Documents evidencing the surrender of possession of the Brooklyn Warehouse by Luxe Living and/or any of its affiliates; and

       9.     Documents and communications requested in PPREF's Request for the Production of Documents and Interrogatories (*see* our letter to you, dated November 4, 2025).

                                                             Very truly yours,

                                                        R. James Kravitz

RJK:dak
cc: (*via email only*):   Ilana Neufeld, Esq.
                               Brittany M. Barbet, Esq.
                               Jonathan A. Ozarow, Esq.