# EXHIBIT 3

| | |
|---|---|
| **From:** | Barbet, Brittany M. |
| **Sent:** | Tuesday, November 18, 2025 5:21 PM |
| **To:** | Aaron Twersky; Ilana Neufeld |
| **Cc:** | Jonathan Ozarow; Kravitz, R. James |
| **Subject:** | RE: PPREF/TP North Brunswick Industrial/1735 Jersey Ave/Luxe Living |

Counsel,

We are following up on our November 4, 2025 request to meet and confer regarding Defendants' discovery deficiencies, as outlined in our letter.

Please advise whether you will meet and confer as required by the Court rules. If we do not hear from you, we will file a letter with the Court advising that you did not respond to our meet and confer requests, and we will seek the appropriate relief.

Thank you,
Brittany

**Brittany M. Barbet**
Associate

**Fox Rothschild LLP**

📍 Princeton
📞 (609) 896-7651
✉ bbarbet@foxrothschild.com

---

**From:** Barbet, Brittany M. <bbarbet@foxrothschild.com>
**Sent:** Tuesday, November 4, 2025 10:05 AM
**To:** Aaron Twersky <atwersky@twerskylaw.com>; Ilana Neufeld <ineufeld@twerskylaw.com>
**Cc:** Jonathan Ozarow <jozarow@clarkguldin.com>; Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** PPREF/TP North Brunswick Industrial/1735 Jersey Ave/Luxe Living

Counsel,

Please see attached correspondence regarding Defendants' discovery responses.

Thank you,
Brittany



**Brittany M. Barbet**
Associate

📞 (609) 896-7651
✉ bbarbet@foxrothschild.com
📍 212 Carnegie Center
Suite 400
Princeton, NJ 08540

1