# EXHIBIT 4

| | |
|---|---|
| **From:** | Barbet, Brittany M. |
| **Sent:** | Wednesday, November 19, 2025 3:54 PM |
| **To:** | Aaron Twersky; Ilana Neufeld |
| **Cc:** | Kravitz, R. James; Penina Gershbaum |
| **Subject:** | RE: PPREF/TP North Brunswick Industrial/1735 Jersey Ave/Luxe Living |

Hi Aaron,

I understand that we will be having a meet and confer on Thursday at 1:30 p.m. to discuss our November 4 letter.

Additionally, the Court ordered Defendants to either produce the outstanding documents and/or provide a certification regarding the documents within 14 days of PPREF providing notice. We provided you a list of all the documents that Defendants have not produced that are responsive and relevant to PPREF's discovery demands in our November 4 letter. We have not received any additional documents or a certification regarding the documents.

Please advise when we will receive the documents and/or the certification.

Thank you,
Brittany

### Brittany M. Barbet
Associate

### Fox Rothschild LLP

- Princeton
- (609) 896-7651
- bbarbet@foxrothschild.com

---

**From:** Aaron Twersky <atwersky@twerskylaw.com>
**Sent:** Tuesday, November 18, 2025 5:40 PM
**To:** Barbet, Brittany M. <bbarbet@foxrothschild.com>; Ilana Neufeld <ineufeld@twerskylaw.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>; Penina Gershbaum <pgershbaum@twerskylaw.com>
**Subject:** [EXT] Re: PPREF/TP North Brunswick Industrial/1735 Jersey Ave/Luxe Living

Brittany - our emails literally just crossed each other.
Please provide some times that work and we'll coordinate a meet and confer.

AT

---
Aaron Twersky, Esq.
(212) 425-0149 (Office)
(917) 992-0657 (Cell)
atwersky@twerskylaw.com

**𝒯 | Twersky PLLC**

**747 Third Avenue, 32nd Floor
New York, New York 10017**

1

```
************************************************************************
```
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
```
************************************************************************
```

<u>Long Island Office</u>:
366 Pearsall Avenue, Suite 1
Cedarhurst, New York 11516

```
NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential
information that is privileged or that constitutes attorney work product. If you are not the
intended recipient, you are hereby notified that any dissemination, distribution or copying of this
e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error,
please immediately notify the sender by replying to this e-mail and delete the message and any
attachment(s) from your system. Thank you.
==========================================================================
```

**From:** Barbet, Brittany M. <bbarbet@foxrothschild.com>
**Sent:** Tuesday, November 18, 2025 5:21 PM
**To:** Aaron Twersky <atwersky@twerskylaw.com>; Ilana Neufeld <ineufeld@twerskylaw.com>
**Cc:** Jonathan Ozarow <jozarow@clarkguldin.com>; Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** RE: PPREF/TP North Brunswick Industrial/1735 Jersey Ave/Luxe Living

Counsel,

We are following up on our November 4, 2025 request to meet and confer regarding Defendants' discovery deficiencies, as outlined in our letter.

Please advise whether you will meet and confer as required by the Court rules. If we do not hear from you, we will file a letter with the Court advising that you did not respond to our meet and confer requests, and we will seek the appropriate relief.

Thank you,
Brittany

### Brittany M. Barbet
Associate

### Fox Rothschild LLP

📍 Princeton
📞 (609) 896-7651
✉ bbarbet@foxrothschild.com

**From:** Barbet, Brittany M. <bbarbet@foxrothschild.com>
**Sent:** Tuesday, November 4, 2025 10:05 AM
**To:** Aaron Twersky <atwersky@twerskylaw.com>; Ilana Neufeld <ineufeld@twerskylaw.com>
**Cc:** Jonathan Ozarow <jozarow@clarkguldin.com>; Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** PPREF/TP North Brunswick Industrial/1735 Jersey Ave/Luxe Living

Counsel,

Please see attached correspondence regarding Defendants' discovery responses.

2

Thank you,
Brittany




**Brittany M. Barbet**
Associate

📞 (609) 896-7651
✉ bbarbet@foxrothschild.com

📍 212 Carnegie Center
Suite 400
Princeton, NJ 08540

---

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

3