

Mail: P. O. Box 5231, Princeton, NJ 08543-5231
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Tel (609) 896-3600  Fax (609) 896-1469
www.foxrothschild.com

R. JAMES KRAVITZ
Direct No: 609.895.3316
Email: RKravitz@FoxRothschild.com
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

March 10, 2026

**_VIA ECF_**
Hon. Justin T. Quinn, U.S.M.J.
United States District Court District of New Jersey
402 E. State Street
Trenton, New Jersey 08609

**Re:    PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC
vs. Luxe Living Design, LLC
Civil Action No.: 3:24-cv-06175-MAS-JTQ**

Dear Judge Quinn:

We represent Plaintiff PPREF/TP North Brunswick Industrial LLC ("PPREF") in the above-referenced matter. We write to respectfully confirm Your Honor's ruling made during the status conference held on February 11, 2026.

At the status conference, PPREF renewed its request to file a Motion for Voluntary Dismissal of the Eviction Action. Your Honor held that PPREF may proceed with filing the motion, provided it is filed within the current dispositive motion deadline of March 30, 2026. The Order entered following the conference (ECF No. 97) does not reference this ruling. We respectfully write to confirm Your Honor's order that PPREF is permitted to file the Motion for Voluntary Dismissal, as the March 30, 2026, deadline is approaching.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

_s/ R. James Kravitz_

R. James Kravitz, Esq.

cc:    All Parties of Record (_via ECF_)

183061990.1