

March 12, 2026

**Via ECF**

Hon. Justin T. Quinn, U.S.M.J.
District of New Jersey
402 E State Street
Trenton, New Jersey 08609

          Re:   *PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC*
               *Case No.: 3:24-cv-06175-MAS-JTQ*

Dear Magistrate Judge Quinn,

      I am an attorney with the law firm of Twersky PLLC, counsel for Defendants Luxe Living Design, LLC and Chaim Treitel ("Defendants") in the captioned matter. I respectfully submit this letter in response to Plaintiff PPREF/TP North Brunswick Industrial LLC's ("PPREF") letter filed on March 10, 2026, regarding PPREF's proposed Motion for Voluntary Dismissal of the Eviction Action ("Motion") and the status conference held on February 11, 2026 (D.E. 102). Our understanding of what Your Honor stated during the conference regarding PPREF's Motion, is that this Motion could be filed when dispositive motions are filed. Although the last Amended Pretrial Scheduling Order, D.E.80, does state that dispositive motions are to be filed by March 30, 2026, given the fact that discovery is continuing in this matter, it is our understanding and belief that the deadline for filing dispositive motions is extended, and is no longer March 30, 2026.

      Thank you in advance for Your Honor's consideration.

                                                                Respectfully yours,

                                                               Aaron Twersky, Esq.