

## TWERSKY PLLC

March 26, 2026

**<u>Via ECF</u>**

Hon. Justin T. Quinn, U.S.M.J.
District of New Jersey
402 E State Street
Trenton, New Jersey 08609

> **Re:** ***PPREF/TP North Brunswick Industrial LLC, as assignee***
> ***of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC***
> **Case No.: 3:24-cv-06175-MAS-JTQ**
> ***1735 Jersey Ave LLC and PPREF/TP North Brunswick***
> ***Industrial LLC, as assignee of 1735 Jersey Ave LLC vs.***
> ***Luxe Living Design, LLC, et al.***
> **Case No.: 3:24-cv-06168-MAS-JTQ**

Dear Magistrate Judge Quinn,

    I am an attorney with the law firm of Twersky PLLC, counsel for Defendants Luxe Living Design, LLC and Chaim S. Treitel ("Defendants" or "Tenant") in the captioned matter. I respectfully submit this letter to request to re-schedule the Telephone Status Conference in this case, currently scheduled for April 1, 2026 at 2:30 pm. *See* D.E. 107.

    The reason for this request is because the holiday of Passover begins at sundown on April 1, 2026. I will be out of the office for the entire Passover holiday, beginning on March 31, 2026, through and including April 11, 2026. Therefore, I respectfully request that the Court re-schedule the Telephone Status Conference to the next available date to the Court and the parties. Counsel for Plaintiff PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC and counsel for Counterclaim Defendant 1735 Jersey Ave LLC both consent to this request.

    Thank you in advance for Your Honor's understanding.

Respectfully yours,

Aaron Twersky, Esq.

747 THIRD AVENUE • 32ND FLOOR • NEW YORK, NEW YORK 10017
TEL: 212-425-0149 • FAX: 212-355-5009 • WWW.TWERSKYLAW.COM