

Mail: P. O. Box 5231, Princeton, NJ 08543-5231
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Tel (609) 896-3600  Fax (609) 896-1469
www.foxrothschild.com

R. JAMES KRAVITZ
Direct No:  609.895.3316
Email: RKravitz@FoxRothschild.com
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

March 27, 2026

***VIA ECF***
Hon. Justin T. Quinn, U.S.M.J.
United States District Court District of New Jersey
402 E. State Street
Trenton, New Jersey 08609

**Re:    PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC
vs. Luxe Living Design, LLC
<u>Civil Action No.: 3:24-cv-06175-MAS-JTQ</u>**

Dear Judge Quinn:

We represent Plaintiff PPREF/TP North Brunswick Industrial LLC ("PPREF") in the above-referenced matter. We write regarding Your Honor's Text Order, which scheduled a telephone status conference on March 30, 2026, at 11:30 a.m. <u>See</u> ECF No. 109.

I will be on trial on March 30, 2026, in <u>Jospeh P. Fazzio Organization, LLC v. Jason Giloley, et al</u>, Superior Court of New Jersey, Docket No.: GLO-C-000051-19. The trial court will be adjourning early that day, and I will be available for a telephone status conference after 3:00 p.m. Accordingly, we respectfully request that the status conference be held on March 30 after 3:00 p.m.

We also write to inform the Court that Mr. Twersky's adjournment request (ECF No. 108) misrepresented that PPREF consented to the adjournment. *See* Exhibit 1. This is the second instance in which Mr. Twersky has mischaracterized our position to the Court.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*s/ R. James Kravitz*

R. James Kravitz, Esq.

cc:    All Parties of Record (*via ECF*)

183812964.1

# EXHIBIT 1

| From: | Kravitz, R. James |
|-------|-------------------|
| To: | Ilana Neufeld; Barbet, Brittany M.; Aaron Twersky; Jonathan Ozarow; Meredith Millman |
| Subject: | Re: PPREF/1735 Jersey Ave/Luxe Living |
| Date: | Thursday, March 26, 2026 10:43:23 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | Outlook-yr1dw3wf.png |
| | Image.png |
| | Image.png |
| | Image.png |
| | Image.png |

I am not available on Monday

**R. James Kravitz**
Partner

**Fox Rothschild LLP**

Princeton

(609) 895-3316

(215) 530-1857

rkravitz@foxrothschild.com

Certified Civil Trial Attorney, Supreme Court of New Jersey

---

**From:** Ilana Neufeld <ineufeld@twerskylaw.com>
**Sent:** Thursday, March 26, 2026 10:42:08 AM
**To:** Barbet, Brittany M. <bbarbet@foxrothschild.com>; Aaron Twersky <atwersky@twerskylaw.com>; Jonathan Ozarow <jozarow@clarkguldin.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** [EXT] PPREF/1735 Jersey Ave/Luxe Living

All,

As you know, the Court scheduled a telephone conference at 2:30 pm on April 1. Passover begins the eve of April 1 and therefore we will be writing to the Court to request to reschedule the conference, preferably for Monday, March 30.
Please let us know if you consent to this request.

Thank you,

Ilana

Ilana Neufeld, Esq.
(212) 425-0149
ineufeld@twerskylaw.com



747 Third Avenue, 32nd Floor
New York, New York 10017

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
===========================================================================

**From:** Barbet, Brittany M. <bbarbet@foxrothschild.com>
**Sent:** Friday, March 20, 2026 4:04 PM
**To:** Aaron Twersky <atwersky@twerskylaw.com>; Ilana Neufeld <ineufeld@twerskylaw.com>; Jonathan Ozarow <jozarow@clarkguldin.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** RE: PPREF/1735 Jersey Ave/Luxe Living

Please see attached for PPREF's supplemental production, bates-stamped PPREF000621-PPREF000644.

Thank you,
Brittany

**Brittany M. Barbet**
Associate

**Fox Rothschild LLP**
Princeton
(609) 896-7651
bbarbet@foxrothschild.com

**From:** Barbet, Brittany M. <bbarbet@foxrothschild.com>
**Sent:** Monday, March 9, 2026 3:57 PM
**To:** Aaron Twersky <atwersky@twerskylaw.com>; Ilana Neufeld <ineufeld@twerskylaw.com>; Jonathan Ozarow <jozarow@clarkguldin.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** PPREF/1735 Jersey Ave/Luxe Living

Please see attached for PPREF's supplemental production, bates stamped PPREF000588-000620.

Thank you,
Brittany



**Brittany M. Barbet**
Associate

 (609) 896-7651

bbarbet@foxrothschild.com

212 Carnegie Center
Suite 400
Princeton, NJ 08540

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.