

## TWERSKY PLLC

March 27, 2026

**<u>Via ECF</u>**

Hon. Justin T. Quinn, U.S.M.J.
District of New Jersey
402 E State Street
Trenton, New Jersey 08609

> **Re:**   ***PPREF/TP North Brunswick Industrial LLC, as assignee***
> ***of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC***
> **Case No.: 3:24-cv-06175-MAS-JTQ**
> ***1735 Jersey Ave LLC and PPREF/TP North Brunswick***
> ***Industrial LLC, as assignee of 1735 Jersey Ave LLC vs.***
> ***Luxe Living Design, LLC, et al.***
> **Case No.: 3:24-cv-06168-MAS-JTQ**

Dear Magistrate Judge Quinn,

I am an attorney with the law firm of Twersky PLLC, counsel for Defendants Luxe Living Design, LLC and Chaim S. Treitel ("Defendants" or "Tenant") in the captioned matter.  I respectfully submit this letter in response to Plaintiff PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC ("PPREF")'s letter, just filed on the docket (D.E. 110), and to correct the record.  My letter did not intentionally misrepresent that PPREF's counsel, Mr. James R. Kravitz, consented to our adjournment request.  Rather, my office inferred that he consented to the request, but was unavailable on Monday.  As the request to adjourn was for religious observance, we hoped it would be no issue for any counsel, and our letter request did not request the conference be re-scheduled for Monday.

Thank you in advance for Your Honor's understanding.

Respectfully yours,

Aaron Twersky, Esq.