

Mail: P. O. Box 5231, Princeton, NJ 08543-5231
212 Carnegie Center
Suite 400
Princeton, NJ  08540
☎ 609.896.3600  🖶 609.896.1469
www.foxrothschild.com

Vincent A. Vietti
Office Managing Partner

BRITTANY M. BARBET
Direct No: 609.896.7651
Email: bbarbet@foxrothschild.com

March 30, 2026

*VIA ECF*

Hon. Justin T. Quinn, U.S.M.J.
United States District Court District of New Jersey
402 E. State Street
Trenton, New Jersey 08609

**Re:     PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC
         vs. Luxe Living Design, LLC
         Civil Action No.: 3:24-cv-06175-MAS-JTQ**

Dear Judge Quinn:

We represent Plaintiff PPREF/TP North Brunswick Industrial LLC ("PPREF") in the above-referenced matter. We write as a follow up to our letter, dated March 10, 2026 (ECF 102), in which we respectfully confirmed Your Honor's ruling made during the February 11, 2026 status conference, permitting PPREF to file a motion for voluntary dismissal, provided it is filed by the dispositive motion deadline.

Because the dispositive motion deadline is March 30, 2026 (ECF 80), PPREF will file its motion today, consistent with Your Honor's ruling.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*s/ Brittany Barbet*

Brittany M. Barbet, Esq.

cc:     All Parties of Record (*via ECF*)

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Massachusetts    Minnesota    Missouri
Nevada    New Jersey    New York    North Carolina    Oklahoma    Pennsylvania    South Carolina    Texas    Washington
183883704.1