**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC,<br><br>Defendant. | Civil Action No.: 3:24-cv-06175-MAS-JTQ<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(2)** |

**THIS MATTER** having been opened to the Court on the motion of Plaintiff PPREF/TP North Brunswick Industrial LLC ("PPREF"), by and through its counsel, Fox Rothschild LLP, seeking the entry of an Order of voluntary dismissal, dismissing the Complaint without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2); and this Court having considered the matter, including the moving papers and opposition papers, and having heard oral argument, if any; and for good cause shown:

**IT IS** on this _____ day of _____, 2026, **ORDERED**

1.    PPREF's Motion for Voluntary Dismissal is hereby **GRANTED**; and

2.    The Complaint is **DISMISSED WITHOUT PREJUDICE**.

_____
Honorable Michael A. Shipp, U.S.D.J.

182834665.1