**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC,<br><br>Defendant. | Civil Action No.: 3:24-cv-06175-MAS-JTQ<br><br>**<u>DECLARATION OF ANDREW ZLOTNICK IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>** |

Andrew Zlotnick of full age, hereby declares the foregoing:

1.      I am an authorized signatory for PPREF/TP North Brunswick Industrial LLC ("PPREF"), the Plaintiff in the above referenced action. As such, I have personal knowledge of the facts set forth herein.

2.      On May 10, 2024, 1735 Jersey Ave LLC ("1735 Jersey") commenced this eviction action by way of Verified Complaint against Tenant Luxe Living Design, LLC ("Defendant") in the Superior Court of New Jersey, Law Division, Special Civil Part, alleging Defendant failed to pay rent and other charges due and owing under the Lease. A true and accurate copy of the Complaint is attached as **Exhibit 1**.

3.      On March 24, 2025, the lease between 1735 Jersey and Defendant was assigned to PPREF/TP North Brunswick Industrial LLC ("PPREF"). See assignment and order substituting PPREF for 1735 Jersey Avenue LLC, as plaintiff in the above-entitled action attached as **Exhibit 2.**

4.      On or about November 13, 2024, Defendant began paying approximately 90.05%

182879896.1

of the rent and CAM charges due under the Lease. On or about October 7, 2025, Defendant began paying 94.44% of the rent and CAM charges due under the Lease. A true and accurate copy of the Ledger as of March 24, 2026, is attached as **Exhibit 3**.

[*The rest of this page is intentionally left blank, signature is on the next page*]

182879896.1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed on this 30th day of March, 2026

By: _____
Andrew Zlotnick

3

182879896.1