# EXHIBIT 2

**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
By:    R. James Kravitz, Esq
         Brittany M. Barbet, Esq.
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Telephone: 609-896-3600
Email: RKravitz@FoxRothschild.com
         BBarbet@FoxRothschild.com
*Attorneys for PPREF/TP North Brunswick Industrial LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC,<br><br>Plaintiff,<br><br>        v.<br><br>LUXE LIVING DESIGN, LLC,<br><br>Defendant. | Civil Action No.: 3:24-cv-06175-MAS-JTQ<br><br>**CONSENT ORDER** |

THIS MATTER having been brought to the court pursuant to Fed. R. Civ. P. 25(c), by the parties, Plaintiff 1735 Jersey Ave LLC ("1735 Jersey Ave"), by and through its counsel Clark Guldin (Jonathan A. Ozarow, Esq. appearing), PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC ("PPREF"), by and through its counsel, Fox Rothschild LLP (R. James Kravitz, Esq. appearing), and Defendant, Luxe Living Design, LLC ("Defendant"), by and through its counsel, Twersky PLLC (Aaron Twersky, Esq. appearing) and The Law Office of Avram E. Frisch LLC (Avram E. Frisch, Esq. appearing); and it appearing to the Court that the property and lease that are the subject of the above-captioned action, have been sold to PPREF as to the property and assigned as to the lease; and it appearing that 1735 Jersey Ave's claims against Defendant contained in the Complaint have been assigned to PPREF; and it appearing that the

parties, through their respective counsel, have consented to the relief herein and the form and entry of this Order; and for other good cause having been shown,

IT IS on this __28__ day of March 2025, ORDERED as follows:

1. PPREF is substituted as Plaintiff for 1735 Jersey Ave with respect to all claims asserted by 1735 Jersey Ave in the Complaint filed in the above-entitled action.

_____
Justin T. Quinn,                                    U.S.M.J.

(AGREED AS TO FORM AND ENTRY)

Dated: March 27, 2025

**CLARK GULDIN**
*Attorneys for 1735 Jersey Ave LLC*

**FOX ROTHSCHILD LLP**
*Attorneys for Plaintiff PPREF/TP*
*North Brunswick Industrial LLC, as*
*assignee of 1735 Jersey Ave LLC*

By:     *s/ Jonathan Ozarow*
        Jonathan A. Ozarow, Esq.

By:     *s/ R. James Kravitz*
        R. James Kravitz, Esq.

**TWERSKY PLLC**
*Attorneys for Defendants*
*Luxe Livine Design, LLC and*
*Chaim S. Treitel*

**LAW OFFICE OF AVRAM E. FRISCH LLC**
*Attorneys for Defendants*
*Luxe Livine Design, LLC and*
*Chaim S. Treitel*

By:     *s/ Aaron Twersky*
        Aaron Twersky, Esq.

By:     *s/ Avram E. Frisch*
        Avram E. Frisch, Esq.

ASSIGNMENT AND ASSUMPTION OF LEASE

THIS ASSIGNMENT AND ASSUMPTION OF LEASE (this "**Assignment**"), is made as of the 24 day of March, 2025 by and between 1735 Jersey Avenue Property LLC, a New Jersey limited liability company ("**Assignor**"), and PPREF/TP North Brunswick Industrial LLC, a Delaware limited liability company (the "**Assignee**").

*WITNESSETH:*

WHEREAS, by that certain Purchase and Sale Agreement dated as of November 15, 2024, by and between Assignor and Assignee (as the same may be amended, modified or assigned, the "**Sale Agreement**"), Assignor agreed to sell to Assignee all of the right, title and interest of Assignor in and to that certain parcels of land located in the as more particularly described in Exhibit A attached hereto and incorporated herein by this reference, together with all improvements and fixtures located therein or thereon or related thereto and owned by Assignor as of the date hereof (collectively, the "**Property**") as more particularly described in the Sale Agreement; and

WHEREAS, the Sale Agreement provides, *inter alia*, that Assignor shall assign to Assignee certain leases with respect to the Property and Assignee shall assume all of the obligations of Assignor under the Lease (as hereinafter defined) from and after the date of such assignment, and that Assignor and Assignee shall enter into this Assignment.

NOW, THEREFORE, in consideration of the premises and the mutual covenants herein contained, the parties hereto hereby agree as follows:

1.      Assignment and Assumption. (a) Assignor hereby absolutely and irrevocably assigns, sets over and transfers unto Assignee all of its right, title and interest in, to and under those certain leases, which leases are identified on Exhibit B attached hereto and incorporated herein by this reference (collectively, the "**Leases**") including the security deposit paid thereunder and the right to collect, receive and retain all of the rents, income, revenues, issues and profits hereafter becoming due under the Leases and (b) Assignee hereby accepts the within assignment and assumes and agrees with Assignor to perform and comply with and to be bound by all the terms, covenants, agreements, provisions and conditions of the Leases on the part of Assignor to be performed on or after the date hereof.

2.      Mutual Indemnity.

(a)      Assignor hereby indemnifies and holds Assignee harmless from and against any and all claims, expenses, costs, obligations or other liabilities with respect to the Leases and the security deposits, arising or incurred after the date hereof with respect to events occurring prior to the date hereof.
(b)      Assignee hereby indemnifies and holds Assignor harmless from and against any and all claims, expenses, costs, obligations, or other liabilities with respect to the Leases and the security deposits, arising or incurred after the date hereof with respect to events occurring after the date hereof.

3.      Sale Agreement. This Assignment is made by Assignor without recourse and without any express or implied representation or warranty whatsoever except to the extent expressly provided in the Sale Agreement.

4.      Miscellaneous. This Assignment and the obligations of the parties hereunder shall survive the closing of the transaction referred to in the Sale Agreement and shall not be merged therein, shall be

PPREF000081

binding upon and inure to the benefit of the parties hereto, their respective legal representatives, successors and assigns, shall be governed by and construed in accordance with the laws of the State of New Jersey and may not be modified or amended in any manner other than by a written agreement signed by the party to be charged therewith. This Assignment is made without any covenant, warranty or representation by, or recourse against, Assignor except as expressly set forth in the Sale Agreement.

5.      Severability. If any term or provision of this Assignment or the application thereof to any persons or circumstances shall, to any extent, be invalid or unenforceable, the remainder of this Assignment or the application of such term or provision to persons or circumstances other than those as to which it is held invalid or unenforceable shall not be affected thereby, and each term and provision of this Assignment shall be valid and enforced to the fullest extent permitted by law.

6.      Counterparts and PDF Signatures. This Assignment may be executed in counterparts, including electronic, facsimile or scanned PDF documents, each of which when so executed by both parties shall be an original and all of which counterparts taken together shall constitute one and the same agreement.

[Signature Page Follows]

4921-6353-3331, v. 4

PPREF000082

MLGB Comments 1.30.2025

**IN WITNESS WHEREOF**, the undersigned have executed this Assignment as of the date first set forth hereinabove.

**ASSIGNOR:**

**1735 Jersey Avenue Property LLC**, a New Jersey limited liability company

By: _____
Name: Joseph Saadia
Title: Authorized Signatory

**ASSIGNEE:**

**PPREF/TP North Brunswick Industrial LLC**, a Delaware limited liability company

By:  PPREF/TP North Brunswick Industrial Holdings LLC,
     a Delaware limited liability company, its sole member

    By: Taconic Jersey Avenue Associates LLC,
       a Delaware limited liability company,
       its authorized signatory

        By: _____
           Andrew Zlotnick
           Authorized Signatory

*[Signature page to Assignment and Assumption of Leases]*

4921-6353-3331

PPREF000083

**IN WITNESS WHEREOF**, the undersigned have executed this Assignment as of the date first set forth hereinabove.

**ASSIGNOR:**

**1735 Jersey Avenue Property LLC**, a New Jersey limited liability company

By: _____

Name:

Title:

**ASSIGNEE:**

**PPREF/TP North Brunswick Industrial LLC**, a Delaware limited liability company

By: PPREF/TP North Brunswick Industrial Holdings, LLC, a Delaware limited liability company, its sole member

By: Taconic Jersey Avenue Associates LLC, a Delaware limited liability company, its authorized signatory

By: _____

Andrew Zlotnick

Authorized Signatory

*[Signature page to Assignment and Assumption]*

4921-6353-3331

PPREF000084

**Exhibit A**

**Land**

All that certain lot, tract or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in Township of North Brunswick, County of Middlesex and State of New Jersey and is bounded and described as follows:

BEGINNING at a point (in the relocated northwesterly side of Jersey Avenue (width varies), said point being distant 142.67 feet northwesterly on a course of North 41 degrees 51 minutes West from a point in the former northwesterly side of Jersey Avenue, said last mentioned point being distant 1171.25 feet from the intersection of the same with the westerly side of Corporate Road; thence

1.  Along said northwesterly side of relocated Jersey Avenue, South 54 degrees 11 minutes 44 seconds West, 523.17 feet to a point of curve in the same; thence

2.  Still along the same Southwesterly on the arc of a curve, curving to the right with a radius of 1065.00 feet for an arc distance of 253.09 feet to the northeasterly side of lands now or formerly Franklin Park Estates; thence

3.  Along said lands, North 40 degrees 07 minutes 06 seconds West, 892.58 feet to a point in the line of lands now or formerly Alex and W.F. Farkas; thence

4.  Along said lands, North 48 degrees 29 minutes 54 seconds East, 739.47 feet to a point in the line of lands now or formerly Pensud Co., Ltd.; thence

5.  Along said lands. South 41 degrees 51 minutes 00 seconds East, 998.94 feet to the northwesterly side of relocated Jersey Avenue and the point or place of BEGINNING.

The above description is in accordance with a survey prepared by First Order, LLC, Professional Land Surveyors, dated October 31, 2024.

TOGETHER WITH the beneficial easement rights in Easement Agreement by and between Manor Real Estate Company and General Motors Corporation dated August 15, 1961 and recorded September 13, 1961 at Book 2281, Page 416.

TOGETHER WITH the beneficial easement rights in Deed of Easement by and between Pensud Company Limited Partnership and Maurice M. Weill Trustee for Geemac Property dated May 6, 1996, recorded May 13, 1996 at Book 4323, Page 10, an re-recorded May 28, 1996 at Deed 4326, Page 233.

4921-6353-3331, v. 4

PPREF000085

**Exhibit B**

**Description of Leases**

1. Warehouse Lease dated as of October 13, 2023 by and between 1735 Jersey Ave LLC, as Landlord and Kamps, Inc., as Tenant

2. Warehouse Lease dated as of October, 2023 by and between 1735 Jersey Ave LLC, as Landlord and Luxe Living Design, LLC, as Tenant

3. Office Lease dated as of March 19, 2022 by and between 1735 Jersey Ave LLC, as Landlord and Kreative Color Group LLC, as Tenant

4. Rooftop Lease dated as of March 6, 2025 by and between 1735 Jersey Avenue Property, LLC, as Landlord and Amergy Solar Inc, as Tenant.

4921-6363-3331, v. 4

PPREF000086