# EXHIBIT 3

1735 Jersey Ave Property LLC

Tenant Ledger - Luxe Living Designs, LLC

as of 3/24/2025

| Billing | | | | | |
|---|---|---|---|---|---|
| Bill Date | Rent | CAM +Taxes | Security Deposit | Landlord credit | Billed Amount |
| 12/01/23 | $ 203,939.58 | $ 44,809.19 | $ - | $ (101,969.79) | $ 146,778.98 |
| 01/01/24 | $ 203,939.58 | $ 44,809.19 | $ - | $ - | $ 248,748.77 |
| 02/01/24 | $ 203,939.58 | $ 44,809.19 | $ 300,000.00 | $ - | $ 548,748.77 |
| 03/01/24 | $ 203,939.58 | $ 44,809.19 | $ - | | $ 248,748.77 |
| 04/01/24 | $ 203,939.58 | $ 44,809.19 | $ - | $ - | $ 248,748.77 |
| 05/01/24 | $ 203,939.58 | $ 44,809.19 | $ - | $ - | $ 248,748.77 |
| 06/01/24 | $ 203,939.58 | $ 44,809.19 | $ - | $ - | $ 248,748.77 |
| 07/01/24 | $ 203,939.58 | $ 44,809.19 | $ - | $ - | $ 248,748.77 |
| 08/01/24 | $ 203,939.58 | $ 44,809.19 | $ - | $ - | $ 248,748.77 |
| 09/01/24 | $ 203,939.58 | $ 44,809.19 | $ - | $ - | $ 248,748.77 |
| 10/01/24 | $ 203,939.58 | $ 44,809.19 | $ - | $ - | $ 248,748.77 |
| 11/01/24 | $ 203,939.58 | $ 44,809.19 | $ - | $ - | $ 248,748.77 |
| 12/01/24 | $ 212,097.16 | $ 45,053.92 | $ - | $ - | $ 257,151.08 |
| 01/01/25 | $ 212,097.16 | $ 45,053.92 | $ - | $ - | $ 257,151.08 |
| 02/01/25 | $ 212,097.16 | $ 45,053.92 | $ - | $ - | $ 257,151.08 |
| 02/14/25 | | $ 177,445.52 | $ - | $ - | $ 177,445.52 |
| 03/01/25 | $ 212,097.16 | $ 45,053.92 | $ - | $ - | $ 257,151.08 |
| 04/01/25 | $ 212,097.16 | $ 68,501.00 | $ - | $ - | $ 280,598.16 |
| 05/01/25 | $ 212,097.16 | $ 68,501.00 | $ - | $ - | $ 280,598.16 |
| 06/01/25 | $ 212,097.16 | $ 68,501.00 | $ - | $ - | $ 280,598.16 |
| 07/01/25 | $ 212,097.16 | $ 68,501.00 | $ - | $ - | $ 280,598.16 |
| 08/01/25 | $ 212,097.00 | $ 68,501.00 | $ - | $ - | $ 280,598.00 |
| 09/01/25 | $ 212,097.00 | $ 68,501.00 | $ - | $ - | $ 280,598.00 |
| 10/01/25 | $ 212,097.00 | $ 68,501.00 | $ - | $ - | $ 280,598.00 |
| 11/01/25 | $ 212,097.00 | $ 68,501.00 | $ - | $ - | $ 280,598.00 |
| 12/01/25 | $ 212,097.00 | $ 68,501.00 | $ - | $ - | $ 280,598.00 |
| 01/01/26 | $ 212,097.00 | $ 69,663.00 | $ - | $ - | $ 281,760.00 |
| 02/01/26 | $ 212,097.00 | $ 69,663.00 | $ - | $ - | $ 281,760.00 |
| Total | $ 5,628,731.24 | $ 1,651,206.48 | $ 300,000.00 | $ (101,969.79) | $ 7,477,967.93 |

| Credits and Payments | | | | |
|---|---|---|---|---|
| Paid Date | Payments | | Abatement-Rent | Abatement-CAM |
| 12/04/23 | $ | (248,748.77) | | |
| | $ | - | | |
| | $ | - | $ | - |
| | $ | - | $ | - |
| 07/08/24 | $ | (248,748.77) | | |
| 08/21/24 | $ | (175,000.00) | | |
| 09/17/24 | $ | (185,000.00) | | |
| 11/07/24 | $ | (165,000.00) | | |
| 11/13/24 | $ | (224,000.00) | | |
| 12/07/24 | $ | (224,000.00) | | |
| 01/07/25 | $ | (248,748.77) | | |
| 02/07/25 | $ | (248,748.77) | | |
| | $ | - | | |
| 03/07/25 | $ | (248,748.77) | | |
| 04/08/25 | $ | (256,000.00) | | |
| 05/07/25 | $ | (256,000.00) | | |
| 06/09/25 | $ | (256,000.00) | | |
| 07/07/25 | $ | (256,000.00) | | |
| 08/08/25 | $ | (280,500.00) | | |
| 09/08/25 | $ | (269,000.00) | | |
| 10/07/25 | $ | (265,000.00) | | |
| 11/06/25 | $ | (265,000.00) | | |
| 12/08/25 | $ | (265,000.00) | | |
| 01/07/26 | $ | (265,000.00) | | |
| 02/06/26 | $ | (265,000.00) | | |
| | $ | (5,115,243.85) | $ - | $ - |

| Total | Open Amount |
|---|---|
| $ (248,748.77) | $ (101,969.79) |
| $ - | $ 248,748.77 |
| $ - | $ 548,748.77 |
| $ - | $ 248,748.77 |
| $ - | $ 248,748.77 |
| $ - | $ 248,748.77 |
| $ - | $ 248,748.77 |
| $ (248,748.77) | $ - |
| $ (175,000.00) | $ 73,748.77 |
| $ (185,000.00) | $ 63,748.77 |
| $ (165,000.00) | $ 83,748.77 |
| $ (224,000.00) | $ 24,748.77 |
| $ (224,000.00) | $ 33,151.08 |
| $ (248,748.77) | $ 8,402.31 |
| $ (248,748.77) | $ 8,402.31 |
| $ - | $ 177,445.52 |
| $ (248,748.77) | $ 8,402.31 |
| $ (256,000.00) | $ 24,598.16 |
| $ (256,000.00) | $ 24,598.16 |
| $ (256,000.00) | $ 24,598.16 |
| $ (256,000.00) | $ 24,598.16 |
| $ (280,500.00) | $ 98.00 |
| $ (269,000.00) | $ 11,598.00 |
| $ (265,000.00) | $ 15,598.00 |
| $ (265,000.00) | $ 15,598.00 |
| $ (265,000.00) | $ 15,598.00 |
| $ (265,000.00) | $ 16,760.00 |
| $ (265,000.00) | $ 16,760.00 |
| **$ (5,115,243.85)** | **$ 2,362,724.08** |

| Late Fee 7% | Interest 12% p.a | Total Due |
|---|---|---|
| $                -    | $                -    | $        (101,969.79) |
| $       10,274.53 | $         1,467.79 | $         260,491.09 |
| $       38,412.41 | $         6,955.28 | $         594,116.46 |
| $       17,412.41 | $         9,442.77 | $         275,603.95 |
| $       17,412.41 | $       11,930.25 | $         278,091.44 |
| $       17,412.41 | $       14,417.74 | $         280,578.92 |
| $       17,412.41 | $       16,905.23 | $         283,066.41 |
| $       17,412.41 | $       16,905.23 | $           34,317.64 |
| $       17,412.41 | $       17,642.72 | $         108,803.90 |
| $       17,412.41 | $       18,280.20 | $           99,441.39 |
| $       17,412.41 | $       19,117.69 | $         120,278.88 |
| $       17,412.41 | $       19,365.18 | $           61,526.36 |
| $         2,320.58 | $       19,696.69 | $           55,168.35 |
| $            588.16 | $       19,780.71 | $           28,771.18 |
| $            588.16 | $       19,864.74 | $           28,855.21 |
| $       12,421.19 | $       21,639.19 | $         211,505.90 |
| $            588.16 | $       21,723.21 | $           30,713.69 |
| $         1,721.87 | $       21,969.20 | $           48,289.23 |
| $         1,721.87 | $       22,215.18 | $           48,535.21 |
| $         1,721.87 | $       22,461.16 | $           48,781.19 |
| $         1,721.87 | $       22,707.14 | $           49,027.17 |
| $                6.86 | $       22,708.12 | $           22,812.98 |
| $            811.86 | $       22,824.10 | $           35,233.96 |
| $         1,091.86 | $       22,980.08 | $           39,669.94 |
| $         1,091.86 | $       23,136.06 | $           39,825.92 |
| $         1,091.86 | $       23,292.04 | $           39,981.90 |
| $         1,173.20 | $       23,459.64 | $           41,392.84 |
| $         1,173.20 | $       23,627.24 | $           41,560.44 |
| $     235,233.10 | $     506,514.58 | $      3,104,471.76 |