**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC,<br><br>Defendant. | Civil Action No.: 3:24-cv-06175-MAS-JTQ<br><br>**<u>CERTIFICATION OF SERVICE</u>** |

R. JAMES KRAVITZ, of full age, hereby declares the foregoing:

1.      I am a partner at Fox Rothschild LLP, attorneys for Plaintiff PPREF/TP North Brunswick Industrial LLC ("PPREF").

2.      On this 30th day of March, 2026, a true and accurate copy of PPREF's Notice of Motion for Voluntary Dismissal, Proposed Order, Memorandum of Law, Declaration of Andrew Zlotnick, Exhibits, and this Certification of Service were electrically filed with the Court and served via ECF on all counsel.

3.      On this 30th day of March, 2026, a true and accurate copy of the foregoing documents were mailed to:

Honorable Michael A. Shipp, U.S.D.J.
U.S. Courthouse
402 East State Street
Trenton, NJ 08608

4.      Pursuant to 28 U.S.C. § 1746 and Fed. R. Civ. P. 11, I hereby certify that the foregoing is true and correct.

182835507.1

Dated: March 30, 2026                    By:    *s/ R. James Kravitz*
                                                R. James Kravitz, Esq.

182835507.1