

TWERSKY PLLC

March 30, 2026

**Via ECF**

Hon. Justin T. Quinn, U.S.M.J.
District of New Jersey
402 E State Street
Trenton, New Jersey 08609

> **Re:** ***PPREF/TP North Brunswick Industrial LLC, as assignee***
> ***of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC***
> ***Case No.: 3:24-cv-06175-MAS-JTQ***

Dear Magistrate Judge Quinn,

I am an attorney with the law firm of Twersky PLLC, counsel for Defendants Luxe Living Design, LLC and Chaim Treitel ("Defendants") in the captioned matter. I respectfully submit this joint letter, together with counsel for Plaintiff PPREF North Brunswick Industrial LLC, as Assigned off 1735 Jersey Ave LLC and counsel for 1735 Jersey Ave LLC. Pursuant to Your Honor's Text Order dated March 30, 2026 (D.E. 112), all parties or available on April 13, 2026, for the telephone conference in this matter.

Thank you in advance for Your Honor's consideration.

Respectfully yours,

Aaron Twersky, Esq.