

# TWERSKY PLLC

April 1, 2026

**Via ECF**

Hon. Justin T. Quinn, U.S.M.J.
District of New Jersey
402 E State Street
Trenton, New Jersey 08609

> **Re:** ***PPREF/TP North Brunswick Industrial LLC, as assignee***
> ***of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC***
> ***Case No.: 3:24-cv-06175-MAS-JTQ***

Dear Magistrate Judge Quinn,

I am an attorney with the law firm of Twersky PLLC, counsel for Defendants Luxe Living Design, LLC and Chaim Treitel ("Defendants") in the captioned matter. I respectfully submit this letter to request an adjournment of Plaintiff's Motion for Voluntary Dismissal (D.E.114), which is currently returnable on May 4, 2026, to May 18, 2026. The reason for this request is because I and many members of the firm are observant, and will be out of the office due to the Passover holiday, beginning April 1, 2026 through and including April 10, 2026. Counsel for Plaintiff PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC, consents to this request.

Thank you in advance for Your Honor's consideration.

Respectfully yours,

Aaron Twersky, Esq.

747 THIRD AVENUE • 32ND FLOOR • NEW YORK, NEW YORK 10017
TEL: 212-425-0149 • FAX: 212-355-5009 • WWW.TWERSKYLAW.COM