**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC,<br><br>Defendant. | Civil Action No.: 3:24-cv-06175-MAS-JTQ<br><br>**DECLARATION OF R. JAMES KRAVITZ, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

I, R. James Kravitz, Esq. of full age, pursuant 28 U.S.C. § 1746, hereby declares:

1.     I am a partner at Fox Rothschild LLP, attorneys for Plaintiff PPREF/TP North Brunswick industrial LLC, and am admitted to practice before this Court. This Declaration is based on my personal knowledge and review of the file and referenced documents. I am making this Declaration in support of Plaintiff's Reply Brief in further support of its Motion for Voluntary Dismissal.

2.     A true and accurate copy of the Limited Guaranty, bates-stamped Luxe Living 00060 – Luxe Living 00063, is attached as **Exhibit 1**.

3.     A true and accurate copy of my email to Defendant's counsel requesting a dismissal of the Eviction Action and enclosing a stipulation of dismissal, dated August 7, 2025, is attached as **Exhibit 2**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of May, 2026

By:     *s/ R. James Kravitz*
        R. James Kravitz, Esq.

185293236.1