# EXHIBIT 2

| | |
|---|---|
| **From:** | Kravitz, R. James |
| **Sent:** | Thursday, August 7, 2025 2:41 PM |
| **To:** | Aaron Twersky |
| **Cc:** | Penina Gershbaum; Ilana Neufeld; Barbet, Brittany M.; Jonathan Ozarow |
| **Subject:** | RE: PPREF/1735 Jersey Ave/Luxe Living (3:24-cv-06175-MAS-JTQ/3:24-cv-06168-MAS-JTQ) |
| **Attachments:** | DRAFT - PPREF - Voluntary Stipulation of Dismissal (06175)(175296604.1)-C.docx |

Aaron,

Enclosed is a stipulation of dismissal without prejudice for the eviction action only. We are willing to dismiss the eviction action. This will reduce legal fees and streamline the case.  Please let us know if you authorize us to s/ your signature and file the enclosed. Thank you.



**R. James Kravitz**
Partner
Certified by the Supreme Court of New
Jersey as a Civil Trial Attorney
212 Carnegie Center, Suite 400
Princeton, New Jersey 08540
📞 (609) 895-3316
📱 (215) 530-1857
🖨 (609) 896-1469
✉ rkravitz@foxrothschild.com

**Learn about our new brand.**

1

**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
By:    R. James Kravitz, Esq
          Brittany M. Barbet, Esq.
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Telephone: 609-896-3600
Email: RKravitz@FoxRothschild.com
          BBarbet@FoxRothschild.com
*Attorneys for PPREF/TP North Brunswick Industrial LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC,<br><br>Plaintiff,<br><br>     v.<br><br>LUXE LIVING DESIGN, LLC,<br><br>Defendant. | Civil Action No.: 3:24-cv-06175-MAS-JTQ<br><br>**<u>STIPULATION OF DISMISSAL</u>**<br>**<u>WITHOUT PREJUDICE</u>** |

**IT IS HEREBY STIPULATED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), Plaintiff PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC ("PPREF"), by and through its counsel, Fox Rothschild LLP (R. James Kravitz, Esq. appearing), and Defendant, Luxe Living Design, LLC ("Defendant"), by and through its counsel, Twersky PLLC (Aaron Twersky, Esq. appearing); hereby agree that all claims in the above captioned action are dismissed without prejudice and without fees and costs to either side.

*[remainder of this page intentionally left blank, signatures on next page]*

Dated: August 11, 2025

**FOX ROTHSCHILD LLP**
*Attorneys for Plaintiff PPREF/TP*
*North Brunswick Industrial LLC, as*
*assignee of 1735 Jersey Ave LLC*


By: _____
       R. James Kravitz, Esq.

**TWERSKY PLLC**
*Attorneys for Defendant*
*Luxe Livine Design, LLC*


By: _____
       Aaron Twersky, Esq.