**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC,

Plaintiff,

v.

LUXE LIVING DESIGN, LLC,

Defendant.

Civil Action No.: 3:24-cv-06175-MAS-JTQ

**CERTIFICATION OF SERVICE**

R. JAMES KRAVITZ, of full age, hereby declares the foregoing:

1.      I am a partner at Fox Rothschild LLP, attorneys for Plaintiff PPREF/TP North Brunswick Industrial LLC ("PPREF").

2.      On this 11th day of May, 2026, a true and accurate copy of PPREF's Reply Brief in Further Support of its Motion for Voluntary Dismissal, Declaration of R. James Kravtiz, Exhibits, and this Certification of Service were electrically filed with the Court and served via ECF on all counsel.

3.      Pursuant to 28 U.S.C. § 1746 and Fed. R. Civ. P. 11, I hereby certify that the foregoing is true and correct.

Dated: May 11, 2026

By:     _s/ R. James Kravitz_
        R. James Kravitz, Esq.

185323987.1