

## TWERSKY PLLC

June 18, 2026

**Via ECF**

Hon. Justin T. Quinn, U.S.M.J.
District of New Jersey
402 E State Street
Trenton, New Jersey 08609

Re:     ***1735 Jersey Ave LLC and PPREF/TP***     ***PPREF/TP North Brunswick Industrial***
        ***North Brunswick Industrial LLC,***      ***LLC, as assignee of 1735 Jersey Ave LLC***
        ***as assignee of 1735 Jersey Ave LLC***   ***v. Luxe Living Design, LLC***
        ***v. Luxe Living Design, LLC et al.***    **Case No. 3:24-cv-06175**
        **Case No. 3:24-cv-06168**

Dear Magistrate Judge Quinn,

        I am an attorney with the law firm of Twersky PLLC, counsel for Defendants Luxe
Living Design, LLC and Chaim Treitel ("Defendants") in the captioned matter.  I respectfully
submit this letter to request a 90-day extension of discovery.  The current end date for fact
discovery is June 30, 2026 (D.E. 104; D.E. 120).  Defendants respectfully request that the Court
extend this date to September 30, 2026.  The reason for this request is due to several non-party
subpoenas which have been served, and which need to be responded to, including:

        Subpoena for documents served on Amergy Solar Inc.;
        Subpoena for documents served on Roofco Group; and
        Subpoena for documents served on Roofing Team Inc. d/b/a Roofing Repair Team.

        Defendants also have been attempting to serve additional subpoenas, on Atiba LLC and
Thomas S. Belardo Roofing, LLC.  By 1735 Jersey Ave LLC's own admission and as shown in
discovery, all of these companies did work on the roof of the Property at issue in this matter, and
likely have valuable and responsive information needed for Defendants' defense in this case and
counterclaims.  As the Court is aware, a primary issue in this matter is the status and structural
compromise and integrity of the roof of the Property at the time of the negotiation and eventual
lease execution.  These roofing companies were all involved in servicing, repairing and replacing
the roof, and accordingly, have information necessary for Defendants' claims in this matter.

        Moreover, Defendants have served a subpoena for documents and for a deposition on
Charles Fern, of Cushman and Wakefield, who was Defendants' broker regarding the Lease and
its negotiation and execution.  Cushman & Wakefield has made a deficient production and Mr.
Fern's deposition has been scheduled for July 7, 2026.  Defendants have requested to meet and
confer with Mr. Fern regarding his production, to no avail, and may need to seek Court
intervention to compel further compliance.

Hon. Justin T. Quinn
June 18, 2026
Page 2 of 2

Additionally, Defendants have also been attempting to serve a subpoena for documents and a deposition on Mr. Subi Hamra, a former employee of 1735 Jersey Ave LLC and the property manager for the Property. Mr. Hamra's name was only recently made known to Defendants, and he seems to be evading service. During 1735 Jersey Ave LLC's deposition, Mr. Jack Saadia confirmed several times that Mr. Hamra was heavily involved in the Property's roof maintenance and repairs during the time period in question. Documents from Mr. Hamra and his deposition are essential for Defendants.

Lastly, as the Court is aware from our previous correspondence (D.E. 98; D.E. 101), the deposition of Mr. Joe Saadia, sole member and principal of 1735 Jersey Ave LLC, has not yet taken place, due to 1735 Jersey Ave LLC's deficient document production and missing documents. Though the Court ordered 1735 Jersey Ave LLC to provide Defendants with a certification regarding its document production (D.E. 102; D.E. 118), which it did, it is readily apparent that 1735 Jersey Ave LLC has still not given over all of the requested, and highly relevant, documents.[1] Counsel for 1735 Jersey Ave LLC refuses to confirm a date for Mr. Joe Saadia's deposition, and if he continues to do so, Defendants will be forced to seek Court intervention.

For all of these reasons, we are requesting that the end date for discovery be extended. If the date for the end of fact disclosure is extended, Defendants also request the dates for expert discovery be extended, as follows:

Defendants' expert disclosure and reports to be served by October 30, 2026;
Responding expert disclosure and reports to be served by November 30, 2026; and
all expert depositions to be conducted by December 31, 2026.

Counsel for Plaintiff PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC and counsel for 1735 Jersey Ave LLC, do not consent to this request. For the reasons noted above, Defendants respectfully request that the Court extend the time for discovery, so that Defendants can obtain the relevant and important documents and evidence from the non-parties noted above.

Thank you in advance for Your Honor's consideration.

Respectfully yours,

Aaron Twersky, Esq.

---

[1] At his deposition, Jack Saadia, in his capacity as corporate representative of 1735 Jersey Ave LLC, stated that he communicated with Subi Hamra by email, phone and text. *See* Deposition Transcript of Jack Saadia, June 3, 2026, p. 109, lines 6-25; p. 110, lines 1-16. None of these communications have been produced and therefore, it is clear that 1735 Jersey Ave LLC continues to withhold documents and that its certification was not truthful.