# EXHIBIT 2

| | |
|---|---|
| **From:** | Kravitz, R. James |
| **Sent:** | Thursday, June 4, 2026 4:21 PM |
| **To:** | Ilana Neufeld |
| **Cc:** | Meredith Millman; Jonathan Ozarow; Penina Gershbaum; Aaron Twersky; Barbet, Brittany M. |
| **Subject:** | RE: 1735/Luxe/PPREF |

Ilana,

Why are you sending us subpoenas returnable in March now?  Don't you think they are untimely? Did the witnesses produce documents?  If so, please send them to us. Finally, please include Brittany on your service list.

## R. James Kravitz
**Partner**

**Fox Rothschild LLP**

📍 Princeton

📞 (609) 895-3316

📱 (215) 530-1857

✉️ rkravitz@foxrothschild.com

Certified Civil Trial Attorney, Supreme Court of New Jersey

**From:** Ilana Neufeld <ineufeld@twerskylaw.com>
**Sent:** Wednesday, June 3, 2026 7:29 PM
**To:** Penina Gershbaum <pgershbaum@twerskylaw.com>; Aaron Twersky <atwersky@twerskylaw.com>; Kravitz, R. James <RKravitz@foxrothschild.com>
**Cc:** Meredith Millman <mmillman@clarkguldin.com>; Jonathan Ozarow <jozarow@clarkguldin.com>
**Subject:** [EXT] Re: 1735/Luxe/PPREF

All,

Please see attached.

Thank you,

Ilana

Ilana Neufeld, Esq.
(212) 425-0149
ineufeld@twerskylaw.com

 TWERSKY PLLC

747 Third Avenue, 32nd Floor
New York, New York 10017

1

```
*************************************************************************
```
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
```
*************************************************************************
```

```
NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential
information that is privileged or that constitutes attorney work product. If you are not the
intended recipient, you are hereby notified that any dissemination, distribution or copying of this
e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error,
please immediately notify the sender by replying to this e-mail and delete the message and any
attachment(s) from your system. Thank you.
=========================================================================
```