# EXHIBIT A

Outlook

## PPREF/1735 Jersey Avenue/Luxe Living

**From** Ilana Neufeld <ineufeld@twerskylaw.com>

**Date** Mon 3/16/2026 7:15 PM

**To** Aaron Twersky <atwersky@twerskylaw.com>; Kravitz, R. James <RKravitz@foxrothschild.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>

**Cc** Penina Gershbaum <pgershbaum@twerskylaw.com>; Jonathan Ozarow <jozarow@clarkguldin.com>; Meredith Millman <mmillman@clarkguldin.com>

🔗 2 attachments (139 KB)
2023 1065.pdf; 2024 1065.pdf;

All,

Please see attached.

Thank you,

Ilana

Ilana Neufeld, Esq.
(212) 425-0149
ineufeld@twerskylaw.com

 Twersky PLLC

747 Third Avenue, 32nd Floor
New York, New York 10017

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
================================================================================

 Outlook

---

**PPREF/1735 Jersey Avenue/Luxe Living**

---

**From** Ilana Neufeld <ineufeld@twerskylaw.com>

**Date** Thu 3/19/2026 8:53 PM

**To** Kravitz, R. James <RKravitz@foxrothschild.com>; Aaron Twersky <atwersky@twerskylaw.com>

**Cc** Penina Gershbaum <pgershbaum@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Jonathan Ozarow <jozarow@clarkguldin.com>

---

🔗 1 attachment (5 MB)
Production - 03.19.2026.pdf;

All,

Please see attached confidential production, which is being produced pursuant to the confidentiality order executed in this case.

Thank you,

Ilana

Ilana Neufeld, Esq.
(212) 425-0149
ineufeld@twerskylaw.com

 TWERSKY PLLC

747 Third Avenue, 32nd Floor
New York, New York 10017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
================================================================================