# EXHIBIT B

| | |
|---|---|
| **From:** | Aaron Twersky <atwersky@twerskylaw.com> |
| **Sent:** | Wednesday, June 4, 2025 4:13 PM |
| **To:** | Kravitz, R. James; Barbet, Brittany M. |
| **Cc:** | Ilana Neufeld; Penina Gershbaum; frischa@avifrischlaw.com |
| **Subject:** | [EXT] Fw: Damages Calculation -- 1735 Jersey Ave LLC v. Luxe Living Design LLC |
| **Attachments:** | LOCKOUT DAMAGES - 03.18.2025.xlsx; Invoices.pdf |

Jim,

See attached and below.
This is in further support of my client's claims relating to the illegal lockout.

Call me if you want to discuss it.

---
Aaron Twersky, Esq.
(212) 425-0149 (Office)
(917) 992-0657 (Cell)
atwersky@twerskylaw.com



**747 Third Avenue, 32nd Floor**
**New York, New York 10017**
*********************************************************************************
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
*********************************************************************************

<u>Long Island Office</u>:
366 Pearsall Avenue, Suite 1
Cedarhurst, New York 11516

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
===============================================================================

**From:** Ilana Neufeld
**Sent:** Tuesday, March 18, 2025 12:50 PM
**To:** Jonathan Ozarow
**Cc:** Aaron Twersky ; Penina Gershbaum ; Avram Frisch
**Subject:** Damages Calculation -- 1735 Jersey Ave LLC v. Luxe Living Design LLC
Jonathan,

Please see attached for further documents in support of our damages calculation.

1

Thank you,

Ilana

Ilana Neufeld, Esq.
(212) 425-0149
ineufeld@twerskylaw.com

 TWERSKY PLLC

747 Third Avenue, 32nd Floor
New York, New York 10017
**************************************************************************
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
**************************************************************************

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
============================================================================