

Mail: P. O. Box 5231, Princeton, NJ 08543-5231
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Tel (609) 896-3600  Fax (609) 896-1469
www.foxrothschild.com

R. JAMES KRAVITZ
Direct No:  609.895.3316
Email: RKravitz@FoxRothschild.com
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

August 5, 2026

**_VIA ECF_**
Hon. Justin T. Quinn, U.S.M.J.
United States District Court District of New Jersey
402 E. State Street
Trenton, New Jersey 08609

**Re:    PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC
vs. Luxe Living Design, LLC
Civil Action No.: 3:24-cv-06175-MAS-JTQ**

**1735 Jersey Ave LLC and PPREF/TP North Brunswick Industrial LLC, as assignee
of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC, et al.
Civil Action No.: 3:24-cv-06168-MAS-JTQ**

Dear Judge Quinn:

Plaintiff PPREF/TP North Brunswick Industrial LLC ("PPREF") submits this letter in response to Defendants Living Design, LLC and Chaim Treitel ("Defendants") letter objecting to the appointment of a Special Discovery Master and requesting additional discovery (06168 ECF No. 125; 06175 ECF No. 132) and so the Court understands PPREF's position. PPREF respectfully submits that the Court should deny Defendants' requests for an extension of time for discovery based on the reasons set forth in PPREF's previous objection and request for sanctions (*see* 06168 ECF Nos. 116-117; 06175 ECF Nos. 126-127) and set forth a scheduling order for dispositive motions.

Because discovery has not been stayed or extended, fact discovery is over, and Defendants did not submit an expert report by July 31, 2026 (06168 ECF No. 104; 06175 ECF No. 120), there will be no expert discovery, and this matter is ripe for disposition. A further delay of the disposition of this matter will enable Defendants to continue to flout their obligations under the Lease. To the extent the Court is inclined to extend discovery or authorize the Special Discovery Master to make that decision, then PPREF will respectfully ask that the Special Discovery Master be authorized to

188288667.1



Hon. Justin T. Quinn, U.S.M.J.
August 5, 2026
Page 2

shift fees, as we are confident that Defendants' obstreperous conduct warrants fee shifting. (*See* 06168 ECF Nos. 117 and 120; 06175 ECF Nos. 127 and 129)

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ R. James Kravitz*

R. James Kravitz, Esq.

cc:    All Parties of Record (*via ECF*)

2

188288667.1