**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC,<br><br>Defendant. | Civil Action No. 24-6175 (MAS) (JTQ)<br><br>**ORDER** |

This matter comes before the Court upon Plaintiff PPREF/TP North Brunswick Industrial LLC's ("Plaintiff") Motion for Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (ECF No. 114.) Defendant Luxe Living Design, LLC ("Defendant") opposed (ECF No. 123), and Plaintiff replied (ECF No. 124). For the reasons outlined in the accompanying Memorandum Opinion,

**IT IS**, on this 31st day of August 2026, **ORDERED** as follows:

1. Plaintiff's Motion for Voluntary Dismissal (ECF No. 114) is **GRANTED**.
2. The Verified Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.
3. The Clerk of Court shall close this matter.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE